UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS and all )
others similarly situated under 29 U.S.C. 216(b), )
                                            Plaintiff, )
    vs. )

BARNEY N. WEINKLE )
ILENE M. WEINKLE )
                                         Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Comes Now Plaintiff, by and through undersigned counsel, pursuant to Court Order D.E. 4, and hereby files Plaintiff's statement of claim and states as follows:

**A. Period One:**

1. January 15, 2012 – December 31, 2012: 50 weeks.

2. Approximation of hours worked per a week: 50 (or 2,500 total hours during said period).

3. Rate per an hour: $8.00/hr.[1]

4. Federal Minimum Wage: $7.25/hr.

5. Time and a half rate claimed: $12.00/hr.

6. Completely unpaid hours: 922[2] (422 regular hours and 500 overtime hours)

7. Calculation of minimum wages owed: 422 hours X $7.25/hr equals $3,059.50 multiplied by 2 as liquidated damages, equals $6,119.

---

[1] It was agreed upon that Plaintiff would be paid at $80/day and had worked 10 hours a day during this time period.
[2] Plaintiff was paid $12,624 during this time period, therefore, Plaintiff was paid for 1,578 hours ($12,624/$8 an hour. However, Plaintiff worked 2,500 hours during this time period (50 weeks X 50 hours a week).

8. Calculation of overtime wages owed: 500 overtime hours multiplied by $12/hr., equals $6,000 multiplied by 2 as liquidated damages, equals $12,000.

9. Total claim for period one: $18,119 in unpaid wages and liquidated damages.

**B. Period Two:**

10. Period of Claim: January 1, 2013 through March 16, 2013: 11 weeks.

11. Approximation of hours worked per a week: 50.

12. Rate per an hour: $8.00/hr.

13. Federal Minimum Wage: $7.25/hr.

14. Time and a half rate claimed: $12.00/hr.

15. Completely unpaid hours: 300[3] (190 regular hours and 110 overtime hours)

16. Calculation of minimum wages owed: 190 hours X $7.25/hr equals $1,377.50 multiplied by 2 as liquidated damages, equals $2,755

17. Calculation of overtime wages owed: 110 overtime hours multiplied by $12/hr., equals $1,320 multiplied by 2 as liquidated damages, equals $2,640.

18. Total claim for period two: $5,395 in unpaid wages and liquidated damages.

**C. Period Three:**

19. Period of Claim: March 17, 2013 through November 1, 2013: 32 weeks.

20. Total hours worked: 1,056.

21. Rate per an hour: $8.00/hr.

22. Federal Minimum Wage: $7.25/hr.

23. Completely unpaid hours: 345.4 hours[4]

---

[3] Plaintiff was paid $2,000 during this time period, therefore, Plaintiff was paid for 250 hours ($2,000/$8 an hour. However, Plaintiff worked 550 hours during this time period (11 weeks X 50 hours a week).
[4] Plaintiff was paid $5,685 during this time period, therefore, Plaintiff was paid for 710.6 hours ($5,685/$8 an hour. However, Plaintiff worked 1,056 hours during this time period.

24. Calculation of minimum wages owed: 345.4 hours X $7.25/hr equals $2,504.15 multiplied by 2 as liquidated damages, equals $5,008.30.

D. **Period Four:**

25. Period of Claim: December 1, 2013 through July 12, 2014: 31 weeks.

26. Total hours worked: 528.

27. Rate per an hour: $10.00/hr.

28. Federal Minimum Wage: $7.25/hr.

29. Completely unpaid hours: 98 hours[5]

30. Calculation of minimum wages owed: 98 hours X $7.25/hr equals $710 multiplied by 2 as liquidated damages, equals $1,421.

31. Combined federal claim: **$29,943.30** plus reasonable attorneys' fees and costs.

Respectfully Submitted,

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: DanielFeld.Esq@gmail.com

By:__/s/ Daniel T. Feld _____
     Daniel T. Feld, Esq.
     Florida Bar Number: 0037013

---

[5] Plaintiff was paid at a rate of $80 a day for 8 hours of work a day, corresponding to a $10/hr hourly rate. Plaintiff was paid $4,300 during this time period, therefore, Plaintiff was paid for 430 hours ($4,300/$10 an hour. However, Plaintiff worked 528 hours during this time period.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Statement of Claim was sent via CM/ECF to [no counsel has appeared on behalf of defendants] on this 21st day of November 2014.

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: DanielFeld.Esq@gmail.com

By:__/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013