FILED by _____ D.C.

NOV 2 6 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D of FLA – MIAMI

UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF FLORIDA

CASE NO.: 14-CV-62481

ISABEL TARCILA CAZORLA SALINAS,          )
                                         )
              Plaintiff,                 )
        vs.                              )
                                         )
BARNEY N WEINKLE                         )
ILENE M WEINKLE,                         )
                                         )
              Defendants.                )
_____         )

## ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS

Pursuant to Rules 8 and 13 of the Federal Rules of Civil Procedure the

Defendants in the above-captioned matter, Barney N Weinkle and Ilene

M Weinkle, file the following Answer, Affirmative Defenses, and

Counterclaims to Plaintiff's Complaint, and state:

1.    Deny, except to admit that this is an action brought by the

plaintiff alleging the same.

2.    Deny, except admit that the Defendants did reside in Broward

County during the time the Plaintiff alleges a dispute arose.

3.    Admit as to the first sentence, Deny as to the second.

4.    Admit as to the first sentence, Deny as to the second.

5.    Admit.

### COUNT  I. FEDERAL OVERTIME WAGE
### VIOLATION

6.    Admit.

Case 0:14-cv-62481-BB

7.    Lack sufficient knowledge or information upon which to form
   a belief.

8.   Admit.

9.   Deny.

10. Lack sufficient knowledge or information upon which to form a
   belief.

11. Lack sufficient knowledge or information upon which to form a
   belief.

12. Lack sufficient knowledge or information upon which to form a
belief.

13. Deny, except to admit that these are the plaintiff's
allegations.

14. Deny, except to admit that these are the plaintiff's allegations.

15. Deny, except to admit that these are the plaintiff's
   allegations.

                    COUNT II. FEDERAL MINIMUM  WAGE VIOLATION

16. Admit.

17. Deny, except to admit that these are the plaintiff's
   allegations.

18. Deny, except to admit that these are the plaintiff's
allegations.

19. Deny, except to admit that these are the plaintiff's
   allegations.

Case 0:14-cv-62481-BB

20. Deny, except to admit that these are the plaintiff's allegations.

### FIRST AFFIRMATIVE DEFENSE:STATUTE OF LIMITATIONS

1.   Some or all of the Plaintiff's claims are barred by the Fair Labor Standards Act, 29 U.S.C. §§201 et seq., which provides that the look-back period for wage claims is limited to two years.

### SECOND AFFIRMATIVE DEFENSE

1. The Complaint fails to state a claim upon which relief can be granted.

### FIRST COUNTERCLAIM: BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

1. Plaintiff and Defendants had an oral agreement that the Plaintiff would submit the hours she had worked at the end of each week, and that she would get paid on a bi-weekly basis for any and all hours she worked.

2. Upon review of video-tape from security cameras installed at 718 Diplomat Parkway, Hallandale Beach, FL, it has come to light that the Plaintiff has been consistently and intentionally misrepresenting her hours for a time period of March 2011 through May 2014.

3. Based on the Defendant's calculations, the Plaintiff misrepresented a total of 755 hours, for which she received an average of $11 per hour.

4. The Defendants seek Restitution of all funds tendered to Plaintiff resulting from her fraudulent misrepresentations, equating to approximately $8,305.

Case 0:14-cv-62481-BB

Wherefore, Barney N. Weinkle and Ilene M. Weinkle respectfully request this honorable Court to enter the following relief:

1. Damages in the amount of $8,305.00;

2. Reasonable attorney's fees and costs; and

3. Such other relief as the Court may determine in law or equity applies.

Respectfully

Submitted,

Barney N. Weinkle

Ilene M. Weinkle