UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  14-CIV-62481-BLOOM/Valle

ISABEL TARCILA CAZORLA SALINAS,

      Plaintiff,

v.

BARNEY N. WEINKLE, and
ILENE M. WEINKLE,

      Defendants.
_____/

## ORDER GRANTING MOTION TO DISMISS BY DEFAULT

This matter came before the Court upon a *sua sponte* review of the record.  On December 8, 2014, Plaintiff Isabel Tarcila Cazorla Salinas ("Plaintiff") filed a Motion to Dismiss Defendants, Barney N. Weinkle and Ilene M. Weinkle's Counterclaim, ECF No. [10] ("Motion").  Pursuant to the Local Rules, "each party opposing a motion shall serve an opposing memorandum of law not later than fourteen (14) days after service of the motion.  Failure to do so may be deemed sufficient cause for granting the motion by default."  S.D. Fla. L.R. 7.1(c).  Including mailing days, a response to Plaintiff's Motion was due on December 26, 2014.  It is unclear whether Defendants are represented in this matter, as no attorney has made an appearance on the record.  Nonetheless, Defendants have filed an Answer, Affirmative Defenses, and Counterclaim, ECF No. [8], which, *inter alia*, seeks attorney's fees.  *See id.* at 4.  In any event, while *pro se* litigants are afforded a general leniency, they "must nevertheless conform to procedural rules."  *See Houman v. Lewis*, 2010 WL 2331089, at *1 (S.D. Fla. June 10, 2010) (citing *GJR Investments, Inc. v. Cnty. of Escambia, Fla.*, 132 F.3d 1359 (11th Cir. 1998),

*overruled on other grounds by Ashcroft v. Iqbal*, 556 U.S. 662 (2009)).  Accordingly, on December 29, 2014, the Court directed Defendants to file an opposing memorandum of law to Plaintiff's Motion to Dismiss by January 7, 2014, or show cause in writing why the Motion should not be granted by default.  Order, ECF No. [15].  The Court cautioned Defendants that "failure to respond by the above deadline will result in Defendants' Motion being granted by default without further notice."  *Id.*  To date, no opposing memorandum has been filed, nor have Defendants sought an extension of time to file one.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff Isabel Tarcila Cazorla Salinas' Motion to Dismiss Defendants, Barney N. Weinkle and Ilene M. Weinkle's Counterclaim, **ECF No. [10]**, is **GRANTED BY DEFAULT**.  Defendants' Counterclaim is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of January, 2015.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record