UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  14-CIV-62481-BLOOM/Valle

ISABEL TARCILA CAZORLA SALINAS,

    Plaintiff,

v.

BARNEY N. WEINKLE, and
ILENE M. WEINKLE,

    Defendants.
_____/

### ORDER GRANTING MOTION TO WITHDRAW

This matter is before the Court upon Counsel's Motion to Withdraw as Counsel for Plaintiff Isabel Tarcila Cazorla Salinas ("Motion"), ECF No. [28], filed on March 5, 2015.  The Motion states that Attorney Daniel T. Feld, Esq. is no longer with J.H. Zidell P.A., the firm tasked with representing Plaintiff Salinas.  *Id.*  Further, the Motion indicates that the remaining attorneys shall continue as counsel of record in this matter.  *Id.*  Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion, **ECF No. [28]**, is **GRANTED**.  Daniel T. Feld, Esq. shall be relieved of all further responsibilities relating to this matter.

    **DONE AND ORDERED** in Fort Lauderdale, Florida this 5th day of March, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record