```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2           CASE NO: 14-62481-CIV-BLOOM/VALLE
 3    _____

      ISABEL TARCILA CAZORLA SALINAS, and all others
 4      similarly situated under 29 USC 216 (B),

 5                      Plaintiffs,

 6                         -vs-
      BARRY N. WEINKLE, IRENE M. WEINKLE,
 7

 8                      Defendants.
      _____\
 9
             CERTIFICATE OF NONAPPEARANCE FOR
10        BARRY N. WEINKLE AND ILENE N. WEINKLE

11          I, Rochel Albert, a Certified Shorthand
      Reporter and Notary Public for the State of
12    Florida at Large, do hereby certify that pursuant
      to a Subpoena of Depositions filed in the above
13    cause, scheduled to be taken at 300 71st Street,
      Suite 605, Miami Beach, Florida, 33141, on June 8,
14    2015, beginning at 10:00 A.M. for the purposes of
      reporting the above-named witnesses.
15          That I waited until 12:30 P.M., at which time
      the witnesses failed to appear for the
16    depositions, and I issued this CNA.

17
           Dated at Miami, Dade County, Florida, 8th day of
18    June, 2015.

19
                         Notary Public, State of Florida
20                       at Large.  My commission expires
                         September 11, 2017.  Bonded
21                       through Budget Insurance
                         Underwriters
22                       COMMISSION # DD055054

23

24

25
```