UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

FILED by ___ D.C.

JUL 1 5 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

ISABEL TARCILA CAZORLA SALINAS, *and all*  )
*others similarly situated under 29 U.S.C. 216(b)*,  )
                                                      )
                      Plaintiff,                      )
        vs.                                           )
                                                      )
BARNEY N. WEINKLE,                                    )
ILENE M. WEINKLE,                                     )
                                                      )
                      Defendants.                     )
_____ )

## DEFENDANTS ANSWER TO PLANTIIFF MOTION FOR TO STRIKE DEFENSES FOR SANCTIONS AND MOTION TO COMPEL

Your honor,

I am the Defendant and we are submitting this opposition to the plaintiffs motion for sanctions and to strike our answers and in a response to their motion to compel.

I have always been very responsive to all requests and orders from the court. The motion before the court by the plaintiff should not be granted for the following reasons.

1) We have submitted our admissions and interrogatories by the deadline July 13th via e mail.

2) We have conducted our depositions of the plaintiff and both defendants Barney Weinkle and Ilene Weinkle have completed their deposition been by plaintiff's attorney.

4) Defendants spoke the Plaintiffs attorney during the time the mediation was in their office and advised them of scheduling error due to not receiving the order via U.S mail and that proof that we did not received is attached and confirmed that the notice was returned to them by the U.S mail, There was many dates and times discuss and we scheduled the wrong date and immediately made our self available to reschedule and there convenience.

5) The plaintiff is trying to portray the defendants in a bad light and as not complying, this not true, the defendants due to financial problems are forced to represents themselves and plaintiff is using trickery of the court to try to gain a advantage with the court, I have attached correspondence to show we have acted in good faith and delivered all documents to plaintiff that were served on us timely and completed depositions, The plaintiff s attorney in contrast to our actions has engaged in verbal personal attacks, I was badgered by plaintiff attorney during

deposition so badly I had to threaten to walk out, but I remained calm to complete all questioning, again in contrast to our actions when I was deposing Plaintiff, plaintiff's attorney called me a jerk calling into question my creditably with the deponent and the court reporter and translator.

7) We have agreed to reschedule court ordered mediation and that fact is memorized in e mails attached. There were many dates and deadlines and the plaintiffs attorney acknowledged that they got the notice from the U.S Mal that the notice they sent regarding mediation was returned by mail as undeliverable, I have attached their acknowledgement of that. We stand ready to meet for mediation and have meaningful decisions to resolve this dispute, and not take any more of the courts valuable time un necessarily. Plaintiff has not agreed to repeated request for extensions a common courtesy normally given to lawyers but plaintiffs' lawyer is using the fact that we are representing ourselves as a weakness rather than understanding the court allows Pro Se representation and "good faith and fair dealing" standards should apply that have not been extended in this case.

I hope this Pro Se response is in proper form , if not please excuse the defendants lack of legal knowledge in the form of this filing, we are doing the very best we can, I tried to contact your Honor by phone Monday July 13, 2015 to advise we are going to file this response by email, we were informed that had to be filed in person. I spoke to your judicial assistant Toni Ann, she was very nice and she said would pass along the message that I called.

Sincerely,

Barney & Ilene Weinkle
10070 Bay Harbor Terrace
Bay Harbor Florida 33154
Barneynweinkle@gmail.com
305-218-6036