UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS, *and all others similarly situated under 29 U.S.C. 216(b)*,

        Plaintiff,

vs.

BARNEY N. WEINKLE,
ILENE M. WEINKLE,

        Defendants.

_____

### RE-NOTICE OF SCHEDULED MEDIATION

**COMES NOW** Plaintiff, by and through undersigned counsel, pursuant to the Court Order entered on August 18, 2015 [DE 39], and hereby advises the Court that the Parties have agreed to go to mediation, and in support thereof, state as follows:

1. The Parties have agreed to mediate this case with court-appointed mediator Bruce G. Alexander, Esq. on August 27, 2015 at 1:00 pm at 515 North Flagler Drive 20th Floor, West Palm Beach, FL 33401.

2. Defendant Barney N. Weinkle indicated via email to Plaintiff's counsel that Defendant Ilene M. Weinkle is unable to attend the scheduled mediation. Because of the deadline of August 30, 2015 to complete mediation, neither the Parties nor mediator are available to schedule the mediation on a different date.

3. In the event that Barney N. Weinkle is given full settlement authority, Plaintiff does not object to Ilene M. Weinkle's absence from mediation. However, if that is not the case, Plaintiff will request Defendants to join her in a joint motion for an extension to complete mediation in order to comply with the Court's requirements.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Julia M. Garrett
Julia M. Garrett, Esq.
Florida Bar Number: 0105151
jgarrett.jhzidellpa@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2015, a true and correct copy of the foregoing was sent to Defendants Barney N. Weinkle and Ilene M. Weinkle via email at barneynweinkle@gmail.com.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Julia M. Garrett
Julia M. Garrett, Esq.
Florida Bar Number: 0105151
jgarrett.jhzidellpa@gmail.com