UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORDIA
Case No. 1:14-CIV-62481-BLOOM/Valle

**ISABEL TARCILA CAZORLA SALINAS,**

    Plaintiff,
v.

**BARNEY N. WEINKLE, and
ILENE M. WEINKLE,**

    Defendants.
_____/

## MEDIATION REPORT

Pursuant to Order of this Court, a *Mediation Conference* was conducted by mediator, BRUCE G. ALEXANDER on August 27, 2015 with no agreement reached.

I HEREBY CERTIFY that I electronically filed the foregoing document this 27th day of August, 2015, with the Clerk of Court using CM/ECF and that a true and copy hereof was served via transmission of Notices of Electronic Filing generated by CM/ECF to counsel of record and pro se Defendants.

CIKLIN LUBITZ & O'CONNELL
515 North Flagler Drive, 20th Floor
West Palm Beach, FL 33401
Telephone:   (561) 832-5900
Facsimile:   (561) 833-4209

_____
BRUCE G. ALEXANDER, MEDIATOR
Florida Bar No.: 393452
balexander@ciklinlubitz.com
rbasil@ciklinlubitz.com