AO 187 (Rev. 7/87) Exhibit and List

# United States District Court

SOUTHERN DISTRICT OF FLORIDA- MIAMI DIVISION

ISABEL TARCILA CAZORLA SALINAS,

        Plaintiff,

vs.

BARNEY N. WEINKLE,
ILENE M. WEINKLE,

        Defendants.

**PLAINTIFF'S EXHIBIT LIST**

CASE NO.: 14-62481-CIV-BLOOM/VALLE

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Beth Bloom | J.H. Zidell, Esq.<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | N/A |

TRIAL DATE(S)
August 28, 2015

| PLF. NO | DEF .NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* and Defendants' Objections |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff's Statement of Claim |
| 2 | | | | | Plaintiff Isabel Salinas' Time Notebook |
| 3 | | | | | Text Messages Between Isabel Salinas and Barney N. Weinkle |
| 4 | | | | | Text Messages Between Isabel Salinas and Ilene M. Weinkle |
| 5 | | | | | Defendants' Response to Request for Admissions |
| 6 | | | | | Plaintiff Isabel Salinas' Record of Payment |
| 7 | | | | | ALL REBUTTAL EXHIBITS |
| 9 | | | | | ALL IMPEACHMENT EXHIBITS |
| 10 | | | | | RIGHT RESERVED TO INTRODUCE ANY EXHIBIT LISTED ON DEFENDANTS' EXHIBIT LIST. |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |

*