# United States District Court

## SOUTHERN  DISTRICT OF  FLORIDA-MIAMI DIVISION

| | |
|---|---|
| ISABEL TARCILA CAZORLA SALINAS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BARNEY N. WEINKLE,<br>ILENE M. WEINKLE,<br><br>　　　　　Defendants. | **PLAINTIFF'S WITNESS  LIST**<br><br>CASE NO.: 14-62481-CIV-BLOOM/VALLE |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable<br>Beth Bloom | J.H. Zidell, Esq.<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | N/A |

| TRIAL DATE(S) | | |
|---|---|---|
| July 27, 2015 | | |

| PLF.<br>NO | DEF<br>.NO | DATE<br>OFFERED | MARKED | | |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff, Isabel Tarcila Cazorla Salinas , c/o J.H. Zidell P.A. 300 71st Street, Suite 605, Miami Beach, FL 33141, (305) 865-6766 |
| | | | | | Defendant Barney N. Weinkle |
| 2 | | | | | Defendant Ilen M. Weinkle |
| 3 | | | | | Impeachment witnesses |
| 4 | | | | | Rebuttal witnesses |
| 5 | | | | | Any witnesses listed on Defendants' witness list that are not objected to by Plaintiff or who are allowed to testify over Plaintiff's objections. |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |