**Do you find from a preponderance of the evidence:**

- **Overtime Wages**

1. That the Defendants failed to pay Plaintiff Isabel Salinas overtime wage pay required by law?

   Yes _____   No _____

   [<u>Note</u>: If your answer is Yes, you need to determine the dollar amount of his unpaid overtime wages in paragraph 2.].

   **lDamages as to Overtime Wages**

1. That Plaintiff Isabel Salinas should be awarded:

   - $_____ as to overtime wages.

- **Minimum Wages**

1. That the Defendants failed to pay Plaintiff Isabel Salinas minimum wage pay required by law?

   Yes _____   No _____

   [<u>Note</u>: If your answer is Yes, you need to determine the dollar amount of his unpaid overtime wages in paragraph 4.].

   **lDamages as to Minimum Wages**

1. That Plaintiff Isabel Salinas should be awarded:

   - $_____ as to overtime wages.

- **Willful or Reckless Disregard for FLSA**

5. That the Defendants either knew or showed reckless disregard for the matter of whether their conduct was prohibited by the Fair Labor Standards Act's overtime wage or minimum wage requirements?

   Yes _____   No _____

SO SAY WE ALL.

_____
JURY FOREPERSON

_____
DATE