UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-62481-BLOOM/Valle

ISABEL TARCILA CAZORLA SALINAS,

    Plaintiff,

v.

BARNEY N. WEINKLE, and
ILENE M. WEINKLE,

    Defendants.

_____/

## ORDER

THIS CAUSE is before the Court upon a *sua sponte* review of the record. On August 28, 2015, Plaintiff filed a Motion in Limine and Motion for Spoliation Sanctions, ECF No. [44] ("Motion"). Pursuant to S.D. Fla. L.R. 7.1(c) a response to the Motion was required on or before September 14, 2015. To date, no response has been filed. As the Court has set the Motion for hearing on September 25, 2015, it would be wise for Defendants to file a responsive pleading. Indeed, the Local Rules of this Court warn that a party's failure to respond to a motion, "may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c). It is therefore **ORDERED AND ADJUDGED** that **on or before September 22, 2015**, Defendants shall respond to Plaintiff's Motion.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 15th day of September, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record