UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS, *and all*  )
*others similarly situated under 29 U.S.C. 216(b)*,  )
                                                             Plaintiff,  )
vs.  )
  )
BARNEY N. WEINKLE,  )
ILENE M. WEINKLE,  )
  )
               Defendants.  )
_____ )

FILED by _JP_ D.C.
SEP 22 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## DEFANDANTS RESPONCE TO PLANTIFFS MOTION IN LIMINE AND MOTION FOR SPOLIATION SANCTIONS

1) Your honor, the defendant did not receive the motion, rather only an e mail in which the plaintiff's lawyer referenced that it had an attachment, we responded to her e mail and did not mention the a response, because I did not know there was a motion attachment included. The reference picture she showed me indicated there was an attachment but I could not find it or open it.

2) Your Honor, The motion refers to spoliation sanctions, we told opposing council on several occasions including in depositions that we are not in possession of any video tape recording of any kind. We said at some point there were recordings of the home but that was years ago, the video recorder tapes over itself every month, the home was sold years ago and even at time prior to sale the video (VCR) we had at the time she worked was not in working order. We told opposing council clearly in the requests for production and by e mail and in deposition we don't have any video tape, the opposing is only trying to use the fact that we are not lawyers to take advantage of the judicial systems time and recourses to belabor the trumped up story that's not supported by and facts. We state now as we have stated many times we have no Video recordings, and we never ever watched any video and never hid or concealed any video in any way or pictures that may or may not have had any bearing on this case.

3) Your honor, We have been responsive to all request by opposing council and the court, we have answered all request for production, answered interrogatories, my wife and I sat for many many hours in depositions. We answered question after question on this issue, I was badgered to the point where I almost had to walk out and I advised consul that I would not allow the abuse to continue, this is memorialized in the court reporters notes. This dog and pony show by the opposing council should be stopped, she is filing frivolous motions, taking up the courts valuable time with motions only to unfairly make hard working people miss work and jeopardize their jobs with no legal merit what so ever.

4) Your Honor, Opposing counsel asked your honor to have us not to mention plaintiffs immigration status, we never mentioned it except in a passing remark in deposition one time, it's about honesty and the truth your honor, we loved this women with all our hearts we trusted her to watch our children, but we were blinded by this women, she lied to me and lied to the court, she has no fact to support her claim because there are none, she has no time cards she never filed a tax return, she came and went as she pleased. She has not produced proper immigration papers after our repeated requests, she has not followed any tax payer reporting laws at any time and is making frivolous clams, she has said under deposition she has never paid taxes and never will, she is here and her status was all lies and she plans on going back to Peru after this case she has settled this case and she stated that under oath in a deposition, this law firm is in at least partly in the business of representing people who came here illegally and hiding them and their status in order to benefit from what appear at least in our case to be fraudulent claims. This firm knows the truth about their client and they are hiding the information from the court so they can use taxpayer resources and the courts valuable time to further their cause. Now they don't want us to ever mention it, if that's the law then fine we won't ever mention it and we have not in the past, but the facts will come out, she worked for many people when she worked for us but now she does not remember their name, we have found some of their names and your honor nobody can argue there is 30 hours to a day. your honor, my wife and I have personally lost everything, our business like many others have in the downturn of 2007/2008 . We have millions of dollars personal judgments and opposing counsel has confirmed that in court records, but opposing council knowing that there is no possibility of recovery continues to waist the courts valuable time and resources to beat up on a hard working family who fell on hard times, we loved this women, if we had money we would have happily given her help if she needed help, we took care of her, she was always sickly we took her to the doctor and helped her family and then when we ran out of money she got a lawyer and told them a tall tale, that she admitted under oath she believes she is owed money but NOT for over time wages.

5) Your honor, We kindly ask for an extension of time for the proposed motion hearing on September 25th 2015 due to the Jewish holidays, We both had to miss work to attend holiday and Yizkor services for my sister, this is a very hard time of year for us, it would also be a hardship to take another day off this week to attend a motion hearing.

Sincerely,

Barney Weinkle

**Barney Weinkle**
**1835 Hallandale Beach Blvd**
**Suite 849**
**Hallandale Beach Florida 33009**
**Barney Weinkle cell 305-218-6036**
**Ilene Weinkle cell 305-218-6035**
**Barneynweinkle @gmail.com**
**Ileneweinkle@gmail.com**