UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CIV-62481-BLOOM/Valle

ISABEL TARCILA CAZORLA SALINAS,

    Plaintiff,

v.

BARNEY N. WEINKLE, and
ILENE M. WEINKLE,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff Isabel Tarcila Cazorla Salinas' Motion in Limine and Motion for Spoliation Sanctions, ECF No. [44] ("Motion"), on which the Court convened a hearing on September 25, 2015. The Court has reviewed the Motion, Defendants Response, ECF No. [50], and the record in this case. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion, **ECF No. [44]**, is **GRANTED IN PART** and **DENIED IN PART**. The Motion is granted with respect to spoliation sanctions; Plaintiff shall be entitled to an adverse inference instruction at trial on the issue of the purported video recordings in question. Additionally, the Motion is granted with respect to Plaintiff's immigration status. However, the Court reserves ruling on the issue of income taxes and, in that respect, the Motion is denied. Further, the Court hereby **VACATES** the Paperless Order, ECF No. [52], entered on September 25, 2015.

The parties are explicitly reminded that, pursuant to this Court's Scheduling Order entered on January 7, 2015, calendar call in this matter will be held on **September 29, 2015**, at

1:15 p.m. in the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, Courtroom 207A.  As stated at the hearing, the parties shall submit trial witness and exhibit lists **on or before Monday, September 28, 2015**.  For the sake of clarity and to reiterate, Defendant Barney Weinkle's *Ore Tenus* Motion for a Continuance is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of September, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record
Mailed to Defendants