UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

FILED by PG D.C.
SEP 30 2015
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

ISABEL TARCILA CAZORLA SALINAS, *and all others similarly situated under 29 U.S.C. 216(b)*,

Plaintiff,

vs.

BARNEY N. WEINKLE,
ILENE M. WEINKLE,

Defendants.

**Defendants witness list and exhibits and reconsideration for an extension of time.**

1) Your honor, I want to reiterate our request for an extension of time in order to have a fair trial.

2) Your Honor, the Jewish holidays are in final weeks leading to trial.
The Jewish holidays are :
Rosh Hashana 9-14-2015 ,9-15-2015
Yom Kipper 9-23-2015
Sukkot 9-28-2015, 9-29-2016, 9-30-2016

3) your Honor, we have had unforeseen delays in respect to very major health problems over the last year, I was under constant pain medication for 10 months, I was hospitalized three times, defendants did not receive the last 2 hearing from the court or the plaintiffs, that fact I have previously responded to request has no bearing the fact I was not notified of the last to hearings. I never received one email from the court or a call from the clerk to advise of hearing. Opposing council is making us out to be un responsive and not respectful of the courts time and nothing could be further from the truth.

3) Your Honor, We have not had the fair opportunity do to circumstances out of control to properly prepare for trial, we have not had our request for production papers or our interiorities answered. We only asked for a small extension of time which would not hurt the plaintiff and I have made concessions to the in the spirit of good faith and fair dealing in similar issues, the themselves called on the court to not appear because of a illness.

3) Your honor, We don't feel like we are being treat equally in this case and beg the court to reconsider how disadvantage we are due to the above circumstances in this case and extend the time for discovery in order to come to a fair and equitable resolution.

4) Your Honor, as per your direction below please find below our witness list and an attachment of our exhibits we have obtained today for trial, we will send opposing council a copy.

**Witness list:**

**Ilene weinkle**
**Taylor Weinkle**
**Paige Weinkle**
**Marylyn Stern**
**Charlie Stern**
**Ranato**
**Lily Herrera**
**Miriam Weinkle**
**Dr Milton Weinkle**
**Natalie Weinkle**
**Susan Sherwood**

**Exhibits ( see attached Photo copies )** (49) TOTAL (Exhibits)

Sincerely,

Barney and Ilene Weinkle

**Barney Weinkle**
**1835 Hallandale Beach Blvd**
**Suite 849**
**Hallandale Beach Florida 33009**

**Barney Weinkle cell 305-218-6036**
**Ilene Weinkle cell 305-218-6035**
**Barneynweinkle @gmail.com**
**Ileneweinkle@gmail.com**



#1



#2



# 3





#4

#5



#6



#7

$ 17385
12/21 ch/ Barry 1000 (-)
$ 16385
12/28 400 (+)
$ 16785

2011

01/01 off 01/01 320 (+)
$ 17105
01/03 ch/ Barry 1,000 (-)
$ 16105
01/08 400 (+)
$ 16505
01/15 400 (+)
01/22 400 (+)
$ 17305
01/24 ch/ Barry 1000 (-)
$ 16305
[illegible] (+)
[illegible]







#10

$ 16,345
10/30 400 (+)
$ 16,745
11/06 400 (+)
17,145
11/13 400 (+)
11/20 400 (+)
$ 17,945
11/27 off Saturday 29/11 320 (+)
ch
$ 18,265
11/16 ch 1000 (-)
$ 17,265
12/04 400 (+)
$ 17,665
11/30 ch Danny 1000 (-)
$ 16,665
400 (+)

#11

| Date | Note | Amount | Balance |
|---|---|---|---|
| 06/20 | | | $ 9.620 |
| | | 400 (+) | $ 10.020 |
| 06/24 | | 400 (+) | 10420 |
| 06/27 | Ch/Barney | 2000 (-) | $ 8420 |
| 07/04 | | 400 (+) | $ 8,820 |
| 07/11 | | 400 (+) | |
| 07/18 | | 400 (+) | |
| 07/25 | | 400 (+) | |
| 08/01 | | 400 (+) | 10,420 |
| 08/01 | Ch/Barney | 500 (-) | $ 9920 |
| 08/08 | | 400 (+) | $ 10 320 |
| 08/08 | Ch/Barney | 1000 (-) | 9320 |
| 15 | | 400 (+) | |
| 22 | | 400 (+) | |
| [illegible] | | 400 (+) | 10 520 |

#12

$ 8,020
400 (+)
04/18
$ 8,420
400 (+)
04/25
$ 8,820
400 (+)
05/02
$ 9,220
400 (+)
05/09
$ 9,620
1,000 (-)
05/07
$ 8,620
400 (+)
05/16
400 (+)
05/23
$ 9,420
05/23
1,000 (-)
$ 8,420
05/30
400 (+)



#13

05/15
05/22
05/29
05/28 ch/ Danny

13,220
400 (+)
400 (+)
14020
400 (+)
400 (+)
14 820
400 (+)
15 220
1000 (-)
14220
400 (+)
400 (+)
15 020
400 (+)
15420
195 (-)
15225
1000 (-)

# 14



#15

400 (+)
400 (+)
14020
400 (+)
400 (+)
14 820 (+)
400
05/29
15 220
1000 (-)
14 220
400 (+)
400 (+)
15 020
400 (+)
15 420
195 (-)



#16

02/27 $13,020
03/06 400(+)
400(+)
03/06 $13,820
1,500(-)
03/13 $12,320
400(+)
12720
03/20 400(+)
03/27 400(+)
04/03 400(+)
04/10 sick
$13,920
04/17 400(+)
$14,320
04/24 400(+)
$14,720
1,500(-)
13,220

#17

| Date | Amount |
| --- | --- |
| | $ 13,020 |
| 02/27 | 400 (+) |
| 03/06 | 400 (+) |
| | $ 13,820 |
| 03/06 | 1,500 (-) |
| | $ 12,320 |
| 03/13 | 400 (+) |
| | 12720 |
| 03/20 | 400 (+) |
| 03/27 | 400 (+) |
| 04/03 | 400 (+) |
| 04/10 sick | —.— |
| | $ 13,920 |
| 04/17 | 400 (+) |
| | $ 14,320 |
| 04/24 | 400 (+) |
| | $ 14,720 |
| | 1,500 (-) |
| | 13,220 |

#18

02/21 $ 7320 =
02/28 400 =
400 =
$ 8,120 =
03/07 400
$ 8520 =
03/14 400 =
$ 8920 =
03/12 ch/ Barney 1500 (-)
7420
03/21 400 (+)
$ 7820
03/28 400 (+)
$ 8220
04/04 400 (+)
$ 8620
400 (+)