\# 19

| Date | Amount |
|---|---|
| 02/21 | $ 7320.= |
|  | 400 = |
| 02/28 | 400 = |
|  | $ 8120 = |
| 03/07 | 400 |
|  | $ 8520 = |
| 03/14 | 400 = |
|  | $ 8920 = |
| 03/12 ch/ Barney | 1500 (−) |
|  | 7420 |
| 03/21 | 400 (+) |
|  | $ 7820 |
| 03/28 | 400 (+) |
|  | 8220 |
| 04/04 | 400 (+) |
|  | 8620 |

#20







#23



```
               $ 17,889
(04/02)           320 +
               $ 18,199
 04/05         $ 1000 (-)
               $ 17,199
 04/09            320 (+)
               $ 17,469
 04/16            320 (+)
 04/23            320 (+)
 04/30            320 (+)
               $ 18,429
  medicine         46 (-)
               $ 18,383
 05/07            320 (+)
 05/04          18,703
                  320 (+)
                19,023
```



#24

#25



#26







#29





# 30

#31



```
06/20            $ 9,620
                    400 (+)
06/24          $ 10,020
                    400 (+)
                  10,420
06/27 Ck/Barney
               $ 2,000 (-)
               $ 8,420
07/04             400 (+)
               $ 8,820
07/11             400 (+)
07/18             400 (+)
07/25             400 (+)
08/01             400 (+)
                10,420
08/01 Ck/Barney   500 (-)
               $ 9,920
08/08             400 (+)
               $ 10,320
08/08 Ck/Barney 1,000 (-)
                 9,320
  15              400 (+)
  22              400
                  400
                10,520
```

Case 0:14-cv-62481-BB   Document 58-1   Entered on FLSD Docket 10/01/2015   Page 14 of 20

#32



| Date | Note | Amount |
|---|---|---|
| 06/20 | | $ 9,620 |
| | | 400 (+) |
| 06/27 | | $ 10,020 |
| | | 400 (+) |
| | | 10,420 |
| 06/27 | Ch/ Barney | $ 2000 (–) |
| | | $ 8,420 |
| 07/04 | | 400 (+) |
| | | $ 8,820 |
| 07/11 | | 400 (+) |
| 07/18 | | 400 (+) |
| 07/25 | | 400 (+) |
| 08/01 | | 400 (+) |
| | | 10,420 |
| 08/01 | Ch/ Barney | 500 (–) |
| | | $ 9,920 |
| 08/08 | | 400 (+) |
| | | $ 10,320 |
| 08/08 | Ch/ Barney | 1000 (–) |
| | | 9,320 |
| 15 | | 400 (+) |
| 22 | | 400 (+) |
| 29 | | 400 (+) |
| | | 10,520 |

#33



#34



# 35



| Date | Note | Amount |
|---|---|---|
| 08/20 | | $ 18,995 |
| | | 320 (+) |
| | | $ 19,265 |
| 08/26 | Ch/ Barney | $ 1000 (−) |
| | | $ 18,265 |
| 08/27 | | 320 (+) |
| 08/28 | (scribbled) | |
| 09/03 | | 320 (+) |
| 09/04 | Friday Saturday | 160 (+) |
| | | $ 19,065 |
| 09/10 | Sunday – Thursday | 320 (+) |
| | | $ 19,385 |
| 09/17 | | 320 (+) |
| | | $ 19,695 |
| | Ch/ Barney | 1500 (−) |
| | | $ 18,195 |

#36



Subj: **(no subject)**
Date: 9/30/2015 2:00:40 P.M. Eastern Daylight Time
From: HOTSLICE@aol.com
To: hotslice@aol.com

#36




#38