



#40

#41



1) I need pay for today
   01/16/12  $1,500

2) Now
   for 10 hrs pay $80
   I want pay $800 for
   hour

3) Balance
   01/02/14/12  $19,440
   Thanks
   Isa

#42



#43



#44



#45



#46



#47

Day's Worked Rachel

| | | |
|---|---|---|
| 07/12 | M(7) Th(10) | $160.= |
| 07/19 | M(14) Th(17) | 200.= |
| 07/17 | cash Rachel | 360.= (40): |
| 07/26 | T(22) Th/24 | 200.= (400) |
| 08/02 | M(28) F(1) St(2) | 300.= 460.= |
| 08/01 | cash Rachel | (400) |
| 08/09 | M(4) Th(7) | 200.= 60 = |
| 08/09 | care dog | |
| | 08/02 at 08/08 | |
| | 7 days at $35.= | 245 |
| 08/16 | T(12) Th(14) | 200 505 |
| 08/15 | cash Rachel | (400) 405 |
| | | 305 |

Balance debt $305.=
today 08/16   100.—
$405 Rachel

(USA)  Plus $100
$505
Paid
8/29

Rachel
September 2014

| | |
|---|---|
| Mon 01 | $100.= |
| Th. 04 | 100.= |
| Mon 08 | — |
| Th. 11 | — |
| Mon 15 | — |
| Th. 18 | 100.= |
| Mon 22 | 100.= |
| Th. 25 | 100.= |
| Mon 29 change Tu30 | 100.— |
| | $600.= |



Isabel Cazorla

#58

01/04/14  ch) Cline        1,000.=
02/06    ch) Cline          500.=
02/17    ch) Cline          500.=
03/10    ch) Cline          300.=
03/30    ch) Cline

#49

Isabel Cazorla



- 03/20 ch/Ilene $200.=
not good ch/
cash Ilene 200
- 05/01 cash Ilene 300.=
= 05/19 cash Ilene 500.=
- 06/13 cash Ilene 500
$500 1112

**United States District Court**
**Southern District of Florida**

Case Number: __14 CV 62481 BLOOM/VALLE__

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

<u>Documents Retained in Supplemental Case Files</u> (Scanned or Not Scanned)

<u>Civil Case Documents</u>
___ • Handwritten documents/pleadings (i.e., pro se)
_✓_ • Poor quality scanned images
___ • Photographs
___ • CD, DVD, VHS tapes, cassette tapes
___ • Surety bonds
___ • Exhibits that cannot be scanned (e.g., objects)
___ • Bound extradition papers
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

<u>Criminal Case Documents</u>
___ • Handwritten documents/pleadings (i.e., pro se)
___ • Poor quality scanned images
___ • Photographs
___ • CD, DVD, VHS Tape, Cassette Tapes
___ • Bond documentation
___ • Exhibits that cannot be scanned (e.g., objects)
___ • Indictments
___ • Arrest warrants
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

Date: __9/20/15__

Revised: 8/20/2012