UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS, *and all*   )
*others similarly situated under 29 U.S.C. 216(b)*,   )
   )
Plaintiff,   )
vs.   )
   )
BARNEY N. WEINKLE,   )
ILENE M. WEINKLE,   )
   )
Defendants.   )
_____   )

FILED by _____ D.C.

OCT 05 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**MOTION FOR RECUSAL OF JUDGE BETH BLOOM FOR BIAS *Under 28 U.S.C. §§ 455 & 144.***

**Your Honor, This court has allowed the plaintiff attorneys to asked for a continuance for religious reasons and the court has allowed it, but yet when the defendant asked for the same consideration it was quickly denied, The plaintiffs' lawyer was allowed to not show up for a hearing that they clearly know about due to stomach ache , and  your honor allowed them to appear by phone without any question or by the court. I ( the defendant ) had no idea when the previous hearing was, I was not informed by the court or by plaintiff's attorney.  I had no notice of the time and location I was called and the court seemed very upset. The last hearing I had to show up to the court house at 8:00 am to make sure I found out from the clerk what time this hearing was because I had no idea, and I called the plaintiffs attorney and they would not return my call. I feel there is a difference as to the treatment of the plaintiff and defendant. I have had serious medical problems one problem requiring surgery and three hospitalizations, and the treatment was over a year.  I don't feel your Honor has made any concessions treat the defendant fairly as the court has rapidly for the plaintiff and it is our request that in order to get a fair and equitable trial. I respectfully request that your honor  recues herself from this case.**

**YOUR HONOR,** We believe a favorable or unfavorable predisposition can also deserve to be characterized as "bias" or "prejudice" because, even though it springs from the facts adduced or the events occurring at trial, it is so extreme as to display clear inability to render fair judgment.

**Sincerely,**

**Barney Weinkle**

Barney Weinkle
1835 Hallandale Beach Blvd
Suite 849
Hallandale Beach Florida 33009

Barney Weinkle cell 305-218-6036
Ilene Weinkle cell 305-218-6035
Barneynweinkle @gmail.com
Ileneweinkle@gmail.com