AO 187 (Rev. 7/87) Exhibit and List

# United States District Court

SOUTHERN DISTRICT OF FLORIDA – FT. LAUDERDALE DIVISION

| ISABEL TARCILA CAZORLA SALINAS,<br><br>      Plaintiff,<br>   vs.<br><br>BARNEY N. WEINKLE,<br>ILENE M. WEINKLE,<br><br>      Defendants. | **PLAINTIFF'S EXHIBIT LIST**<br><br>CASE NO.: 14-62481-CIV-BLOOM/VALLE |
|---|---|
| PRESIDING JUDGE<br>Honorable<br>Beth Bloom | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>N/A |
| TRIAL DATE(S)<br>October 13, 2015 | | |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* and Defendants' Objections |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff's Statement of Claim |
| 2 | | | | | Plaintiff Isabel Salinas' Time Notebook |
| 3 | | | | | Text Messages Between Isabel Salinas and Barney N. Weinkle |
| 4 | | | | | Text Messages Between Isabel Salinas and Ilene M. Weinkle |
| 5 | | | | | Defendants' Response to Request for Admissions |
| 6 | | | | | Plaintiff Isabel Salinas' Record of Payment |
| 7 | | | | | Plaintiff's Composite Exhibit of Pay and Time Records |
| 8 | | | | | ALL REBUTTAL EXHIBITS |
| 9 | | | | | ALL IMPEACHMENT EXHIBITS |
| 10 | | | | | RIGHT RESERVED TO INTRODUCE ANY EXHIBIT LISTED ON DEFENDANTS' EXHIBIT LIST. |