A honest Day Labor deserves A honest day pay

Why would they Allow Isabel to continue coming knowing she is not being paid?

If no one in the household was keeping records how do they know if she was paid correctly or not?

Court
EX. 1

not asked

When they paid for her medical bills, flights, etc... did they specify if it was a gift, a forward on her pay, or a loan?

Court Ex. 2
asked

Questions:
~~Does~~ Did Mrs. Isabela ever have insurance & if so who pays the coverage/premiums.
Was the agreement $80.00 per day or $10.00 an hour?

Ct EX. 3
asked