UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA

CASE NO.: 14-62481-CIV-
BLOOM/VALLE

| | |
|---|---|
| ISABEL TARCILA CAZORLA SALINAS, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| BARNEY N. WEINKLE AND ILENE M. WEINKLE, | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

**Do you find from a preponderance of the evidence:**

### Willful or Reckless Disregard for FLSA

1.   That the Defendants either knew or showed reckless disregard for the matter of whether their conduct was prohibited by the Fair Labor Standards Act's overtime wage or minimum wage requirements?

Yes __✓__     No _____

If your answer to Question 1 is Yes, any damages you believe are awardable are for the period of October 2011 through October 2014. If your answer to Question 1 is No, then any damages you believe are awardable are for the period of October 2012 through October 2014.

### Overtime Wages

2.   That the Defendants failed to pay Plaintiff Isabel Salinas overtime wage pay required by law?

Yes _____ No __✓__

If your answer to Question 2 is Yes, please answer Question 3. If your answer is No, please answer question 4.

**Damages as to Overtime Wages**

3.      That Plaintiff Isabel Salinas should be awarded:

$_____0_____ as to overtime wages.

## Minimum Wages

4.      That the Defendants failed to pay Plaintiff Isabel Salinas minimum wage pay required by law?

Yes ___✓___ No _____

If your answer to Question 4 is Yes, please answer Question 5. If your answer is No, please skip Question 5 and proceed to sign and date the verdict form.

## Damages as to Minimum Wages

5.      That Plaintiff Isabel Salinas should be awarded:

$ 26,617.25 as to minimum wages.

SO SAY WE ALL.

_____
JURY FOREPERSON

___10/13/15___          10/14/15
DATE