| Event | Date | Amount Paid | Past Accrued | Days | Hours Per Day | Hours Per Period | Minimum Wage Owed | Total Minimum Wage Owed | Overtime Hours | "Halftime" Overtime Due | Total Overtime |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work Week | 11/5/2011 | | $19,740 | 4 | 10 | 40 | $290.00 | $290.00 | 0 | 0 | 0 |
| Work Week | 11/12/2011 | | $19,740 | 4 | 10 | 40 | $290.00 | $580.00 | 0 | 0 | 0 |
| Check | 11/15/2011 | $500 | $19,240 | | | | | $580.00 | | 0 | 0 |
| Cash | 11/15/2011 | $500 | $18,740 | | | | | $580.00 | | 0 | 0 |
| Check | 11/18/2011 | $500 | $18,240 | | | | | $580.00 | | 0 | 0 |
| Work Week | 11/19/2011 | | $18,240 | 4 | 10 | 40 | $290.00 | $870.00 | 0 | 0 | 0 |
| Work Week | 11/26/2011 | | $18,240 | 4 | 10 | 40 | $290.00 | $1,160.00 | 0 | 0 | 0 |
| Work Week | 12/3/2011 | | $18,240 | 4 | 10 | 40 | $290.00 | $1,450.00 | 0 | 0 | 0 |
| Work Week | 12/10/2011 | | $18,240 | 4 | 10 | 40 | $290.00 | $1,740.00 | 0 | 0 | 0 |
| Check | 12/12/2011 | $1,000 | $17,240 | | | | | $1,740.00 | | 0 | 0 |
| Work Week | 12/17/2011 | | $17,240 | 4 | 10 | 40 | $290.00 | $2,030.00 | 0 | 0 | 0 |
| Check | 12/21/2011 | $1,000 | $16,240 | | | | | $2,030.00 | | 0 | 0 |
| Work Week | 12/24/2011 | | $16,240 | 4 | 10 | 40 | $290.00 | $2,320.00 | 0 | 0 | 0 |
| Work Week | 12/31/2011 | | $16,240 | 4 | 10 | 40 | $290.00 | $2,610.00 | 0 | 0 | 0 |
| Work Week | 1/7/2012 | | $16,240 | 4 | 10 | 40 | $290.00 | $2,900.00 | 0 | 0 | 0 |
| Work Week | 1/14/2012 | | $16,240 | 4 | 10 | 40 | $290.00 | $3,190.00 | 0 | 0 | 0 |
| Check | 1/16/2012 | $750 | $15,490 | | | | | $3,190.00 | | 0 | 0 |
| Check | 1/20/2012 | $750 | $14,740 | | | | | $3,190.00 | | 0 | 0 |
| Work Week | 1/21/2012 | | $14,740 | 5 | 10 | 50 | $362.50 | $3,552.50 | 10 | $36.25 | $36.25 |
| Work Week | 1/28/2012 | | $14,740 | 5 | 10 | 50 | $362.50 | $3,915.00 | 10 | $36.25 | $72.50 |
| Work Week | 2/4/2012 | | $14,740 | 5 | 10 | 50 | $362.50 | $4,277.50 | 10 | $36.25 | $108.75 |
| Work Week | 2/11/2012 | | $14,740 | 5 | 10 | 50 | $362.50 | $4,640.00 | 10 | $36.25 | $145.00 |
| Work Week | 2/18/2012 | | $14,740 | 5 | 10 | 50 | $362.50 | $5,002.50 | 10 | $36.25 | $181.25 |
| Work Week | 2/25/2012 | | $14,740 | 5 | 10 | 50 | $362.50 | $5,365.00 | 10 | $36.25 | $217.50 |
| Work Week | 3/3/2012 | | $14,740 | 5 | 10 | 50 | $362.50 | $5,727.50 | 10 | $36.25 | $253.75 |
| Work Week | 3/7/2012 | $1,000 | $13,740 | | | | | $5,727.50 | | $0.00 | $253.75 |



PLAINTIFF'S EXHIBIT

1

| Type | Date | Amount | | Hours | | Rate | Cumulative | | Fee | Cumulative Fee |
|---|---|---|---|---|---|---|---|---|---|---|
| Work Week | 3/10/2012 | | | 5 | 10 | 50 | $362.50 | $6,090.00 | 10 | $36.25 | $290.00 |
| Work Week | 3/17/2012 | | | 5 | 10 | 50 | $362.50 | $6,452.50 | 10 | $36.25 | $326.25 |
| Work Week | 3/24/2012 | | | 5 | 10 | 50 | $362.50 | $6,815.00 | 10 | $36.25 | $362.50 |
| Check | 3/26/2012 | | $500 | | | | | $6,815.00 | | $0.00 | $362.50 |
| Work Week | 3/31/2012 | | | 5 | 10 | 50 | $362.50 | $7,177.50 | 10 | $36.25 | $398.75 |
| Check | 4/12/2012 | $1,000 | | | | | | $7,177.50 | | $0.00 | $398.75 |
| Work Week | 4/14/2012 | | | 5 | 10 | 50 | $362.50 | $7,540.00 | 10 | $36.25 | $435.00 |
| Work Week | 4/21/2012 | | | 5 | 10 | 50 | $362.50 | $7,902.50 | 10 | $36.25 | $471.25 |
| Work Week | 4/28/2012 | | | 5 | 10 | 50 | $362.50 | $8,265.00 | 10 | $36.25 | $507.50 |
| Work Week | 5/5/2012 | | | 5 | 10 | 50 | $362.50 | $8,627.50 | 10 | $36.25 | $543.75 |
| Check | 5/10/2012 | | $500 | | | | | $8,627.50 | | $0.00 | $543.75 |
| Work Week | 5/12/2012 | | | 5 | 10 | 50 | $362.50 | $8,990.00 | 10 | $36.25 | $580.00 |
| Check | 5/14/2012 | | $500 | | | | | $8,990.00 | | $0.00 | $580.00 |
| Costco Reim | 5/17/2012 | | $62 | | | | | $8,990.00 | | $0.00 | $580.00 |
| Work Week | 5/19/2012 | | | 5 | 10 | 50 | $362.50 | $9,352.50 | 10 | $36.25 | $616.25 |
| Work Week | 5/26/2012 | | | 5 | 10 | 50 | $362.50 | $9,715.00 | 10 | $36.25 | $652.50 |
| Work Week | 6/2/2012 | | | 5 | 10 | 50 | $362.50 | $10,077.50 | 10 | $36.25 | $688.75 |
| Work Week | 6/9/2012 | | | 5 | 10 | 50 | $362.50 | $10,440.00 | 10 | $36.25 | $725.00 |
| Check | 6/14/2012 | $1,000 | | | | | | $10,440.00 | | $0.00 | $725.00 |
| Work Week | 6/16/2012 | | | 5 | 10 | 50 | $362.50 | $10,802.50 | 10 | $36.25 | $761.25 |
| Work Week | 6/23/2012 | | | 5 | 10 | 50 | $362.50 | $11,165.00 | 10 | $36.25 | $797.50 |
| Work Week | 6/30/2012 | | | 5 | 10 | 50 | $362.50 | $11,527.50 | 10 | $36.25 | $833.75 |
| Check | 7/3/2012 | $1,000 | | | | | | $11,527.50 | | $0.00 | $833.75 |
| Work Week | 7/7/2012 | | | 5 | 10 | 50 | $362.50 | $11,890.00 | 10 | $36.25 | $870.00 |
| Work Week | 7/14/2012 | | | 5 | 10 | 50 | $362.50 | $12,252.50 | 10 | $36.25 | $906.25 |
| Work Week | 7/21/2012 | | | 5 | 10 | 50 | $362.50 | $12,615.00 | 10 | $36.25 | $942.50 |
| Work Week | 7/28/2012 | | | 5 | 10 | 50 | $362.50 | $12,977.50 | 10 | $36.25 | $978.75 |
| Work Week | 8/4/2012 | | | 5 | 10 | 50 | $362.50 | $13,340.00 | 10 | $36.25 | $1,015.00 |
| Work Week | 8/11/2012 | | | 5 | 10 | 50 | $362.50 | $13,702.50 | 10 | $36.25 | $1,051.25 |
| Check | 8/7/2012 | $1,000 | | | | | | $13,702.50 | | $0.00 | $1,051.25 |

Case 0:14-cv-62481-BB   Document 83   Entered on FLSD Docket 11/12/2015   Page 3 of 7

| Type | Date | Amount | Wage | Days | Hours | Rate | OT Rate | Cumulative |
|---|---|---|---|---|---|---|---|---|
| Work Week | 8/18/2012 | | $8,178 | 5 | 10 | 50 | $362.50 | $14,065.00 | 10 | $36.25 | $1,087.50 |
| Work Week | 8/25/2012 | | $8,178 | 5 | 10 | 50 | $362.50 | $14,427.50 | 10 | $36.25 | $1,123.75 |
| Work Week | 9/1/2012 | | $8,178 | 5 | 10 | 50 | $362.50 | $14,790.00 | 10 | $36.25 | $1,160.00 |
| Work Week | 9/8/2012 | | $8,178 | 5 | 10 | 50 | $362.50 | $15,152.50 | 10 | $36.25 | $1,196.25 |
| Check | 9/12/2012 | $1,000 | $7,178 | | | | | $15,152.50 | | $0.00 | $1,196.25 |
| Work Week | 9/15/2012 | | $7,178 | 5 | 10 | 50 | $362.50 | $15,515.00 | 10 | $36.25 | $1,232.50 |
| Work Week | 9/22/2012 | | $7,178 | 5 | 10 | 50 | $362.50 | $15,877.50 | 10 | $36.25 | $1,268.75 |
| Work Week | 9/29/2012 | | $7,178 | 5 | 10 | 50 | $362.50 | $16,240.00 | 10 | $36.25 | $1,305.00 |
| Costco Reim | 9/29/2012 | $62 | $7,116 | | | | | $16,240.00 | | $0.00 | $1,305.00 |
| Work Week | 10/6/2012 | | $7,116 | 5 | 10 | 50 | $362.50 | $16,602.50 | 10 | $36.25 | $1,341.25 |
| Work Week | 10/13/2012 | | $7,116 | | | | | $16,602.50 | | $0.00 | $1,341.25 |
| Check | 10/?/2012 | $1,000 | $6,116 | | | | | $16,602.50 | | $0.00 | $1,341.25 |
| Work Week | 10/20/2012 | | $6,116 | 5 | 10 | 50 | $362.50 | $16,965.00 | 10 | $36.25 | $1,377.50 |
| Work Week | 10/27/2012 | | $6,116 | 5 | 10 | 50 | $362.50 | $17,327.50 | 10 | $36.25 | $1,413.75 |
| Work Week | 11/3/2012 | | $6,116 | 5 | 10 | 50 | $362.50 | $17,690.00 | 10 | $36.25 | $1,450.00 |
| Check | 11/4/2012 | $1,000 | $5,116 | | | | | $17,690.00 | | $0.00 | $1,450.00 |
| Work Week | 11/10/2012 | | $5,116 | 5 | 10 | 50 | $362.50 | $18,052.50 | 10 | $36.25 | $1,486.25 |
| Work Week | 11/17/2012 | | $5,116 | 5 | 10 | 50 | $362.50 | $18,415.00 | 10 | $36.25 | $1,522.50 |
| Work Week | 11/24/2012 | | $5,116 | 5 | 10 | 50 | $362.50 | $18,777.50 | 10 | $36.25 | $1,558.75 |
| Work Week | 12/1/2012 | | $5,116 | 5 | 10 | 50 | $362.50 | $19,140.00 | 10 | $36.25 | $1,595.00 |
| Work Week | 12/8/2012 | | $5,116 | 5 | 10 | 50 | $362.50 | $19,502.50 | 10 | $36.25 | $1,631.25 |
| Cash | 12/10/2012 | $1,000 | $4,116 | | | | | $19,502.50 | | $0.00 | $1,631.25 |
| Work Week | 12/15/2012 | | $4,116 | 5 | 10 | 50 | $362.50 | $19,865.00 | 10 | $36.25 | $1,667.50 |
| Cash | 12/17/2012 | $500 | $3,616 | | | | | $19,865.00 | | $0.00 | $1,667.50 |
| Work Week | 12/22/2012 | | $3,616 | 5 | 10 | 50 | $362.50 | $20,227.50 | 10 | $36.25 | $1,703.75 |
| Work Week | 12/24(SIC 29)/2012 | | $3,616 | 5 | 10 | 50 | $362.50 | $20,590.00 | 10 | $36.25 | $1,740.00 |
| Work Week | 1/5/2013 | | $3,616 | 5 | 10 | 50 | $362.50 | $20,952.50 | 10 | $36.25 | $1,776.25 |
| Check | 1/7/2013 | $1,000 | $2,616 | | | | | $20,952.50 | | $0.00 | $1,776.25 |
| Work Week | 1/12/2013 | | $2,616 | 5 | 10 | 50 | $362.50 | $21,315.00 | 10 | $36.25 | $1,812.50 |
| Work Week | 1/19/2013 | | $2,616 | 5 | 10 | 50 | $362.50 | $21,677.50 | 10 | $36.25 | $1,848.75 |

| Type | Date | Payment | Amount | Days | Hours | Wage | Cumulative | ? | ? | ? |
|---|---|---|---|---|---|---|---|---|---|---|
| Work Week | 1/26/2013 | | $2,616 | 5 | 10 | 50 | $362.50 | $22,040.00 | 10 | $36.25 | $1,885.00 |
| Work Week | 2/2/2013 | | $2,616 | 5 | 10 | 50 | $362.50 | $22,402.50 | 10 | $36.25 | $1,921.25 |
| Check | 2/5/2013 | $1,500 | $1,116 | | | | | $22,402.50 | | $0.00 | $1,921.25 |
| Work Week | 2/9/2013 | | $1,116 | 5 | 10 | 50 | $362.50 | $22,765.00 | 10 | $36.25 | $1,957.50 |
| Cash | 2/?/2013 | $12 | $1,104 | | | | | $22,765.00 | | $0.00 | $1,957.50 |
| Work Week | 2/16/2013 | | $1,104 | 5 | 10 | 50 | $362.50 | $23,127.50 | 10 | $36.25 | $1,993.75 |
| Work Week | 2/23/2013 | | $1,104 | 5 | 10 | 50 | $362.50 | $23,490.00 | 10 | $36.25 | $2,030.00 |
| Work Week | 3/2/2013 | | $1,104 | 5 | 10 | 50 | $362.50 | $23,852.50 | 10 | $36.25 | $2,066.25 |
| Work Week | 3/9/2013 | | $1,104 | 5 | 10 | 50 | $362.50 | $24,215.00 | 10 | $36.25 | $2,102.50 |
| Check | 3/12/2013 | $500 | $604 | | | | | $24,215.00 | | $0.00 | $2,102.50 |
| Work Week | 3/16/2013 | | $604 | 5 | 10 | 50 | $362.50 | $24,577.50 | 10 | $36.25 | $2,138.75 |
| Work Week | 3/23/2013 | | $604 | 4 | 8 | 32 | $232.00 | $24,809.50 | | $0.00 | $2,138.75 |
| Event (Pass) | 3/25/2013 | | $604 | 1 | 5 | 5 | $36.25 | $24,845.75 | | $0.00 | $2,138.75 |
| Cash | 3/29/2013 | $500 | $104 | | | | | $24,845.75 | | $0.00 | $2,138.75 |
| Work Week | 4/6/2013 | | $104 | 3 | 8 | 24 | $174.00 | $25,019.75 | | $0.00 | $2,138.75 |
| Check | 4/?/2013 | $500 | -$396 | 4 | 8 | 32 | $232.00 | $25,251.75 | | $0.00 | $2,138.75 |
| Work Week | 4/13/2013 | | -$396 | 4 | 8 | 32 | $232.00 | $25,483.75 | | $0.00 | $2,138.75 |
| Work Week | 4/20/2013 | | -$396 | 4 | 8 | 32 | $232.00 | $25,715.75 | | $0.00 | $2,138.75 |
| Work Week | 4/27/2013 | | -$396 | 4 | 8 | 32 | $232.00 | $25,947.75 | | $0.00 | $2,138.75 |
| Work Week | 5/4/2013 | | -$396 | 4 | 8 | 32 | $232.00 | $26,179.75 | | $0.00 | $2,138.75 |
| Work Week | 5/11/2013 | | -$396 | 4 | 8 | 32 | $232.00 | $26,411.75 | | $0.00 | $2,138.75 |
| Cash | 5/14/2013 | $500 | -$896 | | | | | $26,411.75 | | $0.00 | $2,138.75 |
| Work Week | 5/18/2013 | | -$896 | 3 | 8 | 24 | $174.00 | $26,585.75 | | $0.00 | $2,138.75 |
| Work Week | 5/25/2013 | | -$896 | 4 | 8 | 32 | $232.00 | $26,817.75 | | $0.00 | $2,138.75 |
| Work Week | 6/1/2013 | | -$896 | 4 | 8 | 32 | $232.00 | $27,049.75 | | $0.00 | $2,138.75 |
| Work Week | 6/8/2013 | | -$896 | 4 | 8 | 32 | $232.00 | $27,281.75 | | $0.00 | $2,138.75 |
| Cash | 6/10/2013 | $385 | -$1,281 | | | | | $27,281.75 | | $0.00 | $2,138.75 |
| Work Week | 6/15/2013 | | -$1,281 | 3 | 8 | 24 | $174.00 | $27,455.75 | | $0.00 | $2,138.75 |
| Work Week | 6/22/2013 | | -$1,281 | 3 | 8 | 24 | $174.00 | $27,629.75 | | $0.00 | $2,138.75 |
| Work Week | 6/29/2013 | | -$1,281 | 4 | 8 | 32 | $232.00 | $27,861.75 | | $0.00 | $2,138.75 |

| Type | Date | Credit | Debit | Days | Hours | Amount | Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 7/3/2013 | $1,000 | -$2,281 | | | | $27,861.75 | $0.00 | $2,138.75 |
| Work Week | 7/6/2013 | | -$2,281 | 4 | 8 | 32 | $232.00 | $28,093.75 | $0.00 | $2,138.75 |
| Work Week | 7/13/2013 | | -$2,281 | 4 | 8 | 32 | $232.00 | $28,325.75 | $0.00 | $2,138.75 |
| Work Week | 7/20/2013 | | -$2,281 | 4 | 8 | 32 | $232.00 | $28,557.75 | $0.00 | $2,138.75 |
| Work Week | 7/27/2013 | | -$2,281 | 4 | 8 | 32 | $232.00 | $28,789.75 | $0.00 | $2,138.75 |
| Check | 8/2/2013 | $1,000 | -$3,281 | | | | | $28,789.75 | $0.00 | $2,138.75 |
| Work Week | 8/3/2013 | | -$3,281 | 4 | 8 | 32 | $232.00 | $29,021.75 | $0.00 | $2,138.75 |
| Work Week | 8/10/2013 | | -$3,281 | 4 | 8 | 32 | $232.00 | $29,253.75 | $0.00 | $2,138.75 |
| Work Week | 8/17/2013 | | -$3,281 | 4 | 8 | 32 | $232.00 | $29,485.75 | $0.00 | $2,138.75 |
| Work Week | 8/24/2013 | | -$3,281 | 4 | 8 | 32 | $232.00 | $29,717.75 | $0.00 | $2,138.75 |
| Work Week | 8/31/2013 | | -$3,281 | 4 | 8 | 32 | $232.00 | $29,949.75 | $0.00 | $2,138.75 |
| Work Week | 9/7/2013 | | -$3,281 | 4 | 8 | 32 | $232.00 | $30,181.75 | $0.00 | $2,138.75 |
| Cash | 9/12/2013 | $500 | -$3,781 | | | | | $30,181.75 | $0.00 | $2,138.75 |
| Work Week | 9/14/2014 | | -$3,781 | 3 | 8 | 24 | $174.00 | $30,355.75 | $0.00 | $2,138.75 |
| Work Week | 9/21/2013 | | -$3,781 | 3 | 8 | 24 | $174.00 | $30,529.75 | $0.00 | $2,138.75 |
| Work Week | 9/28/2013 | | -$3,781 | 3 | 8 | 24 | $174.00 | $30,703.75 | $0.00 | $2,138.75 |
| Cash | 10/3/2013 | $500 | -$4,281 | | | | | $30,703.75 | $0.00 | $2,138.75 |
| Work Week | 10/5/2013 | | -$4,281 | 2 | 8 | 16 | $116.00 | $30,819.75 | $0.00 | $2,138.75 |
| Work Week | 10/12/2013 | | -$4,281 | 3 | 8 | 24 | $174.00 | $30,993.75 | $0.00 | $2,138.75 |
| Work Week | 10/19/2013 | | -$4,281 | 3 | 8 | 24 | $174.00 | $31,167.75 | $0.00 | $2,138.75 |
| Work Week | 10/26/2013 | | -$4,281 | 3 | 8 | 24 | $174.00 | $31,341.75 | $0.00 | $2,138.75 |
| Work Week | 11/2/2013 | | -$4,281 | 2 | 8 | 16 | $116.00 | $31,457.75 | $0.00 | $2,138.75 |
| Cash | 11/4/2013 | $300 | -$4,581 | | | | | $31,457.75 | $0.00 | $2,138.75 |
| Work Week | 11/9/2013 | | -$4,581 | 2 | 8 | 16 | $116.00 | $31,573.75 | $0.00 | $2,138.75 |
| Work Week | 11/16/2013 | | -$4,581 | 2 | 8 | 16 | $116.00 | $31,689.75 | $0.00 | $2,138.75 |
| Work Week | 11/23/2013 | | -$4,581 | 2 | 8 | 16 | $116.00 | $31,805.75 | $0.00 | $2,138.75 |
| Work Week | 11/30/2013 | | -$4,581 | 2 | 8 | 16 | $116.00 | $31,921.75 | $0.00 | $2,138.75 |
| Cash | 12/2/2013 | $500 | -$5,081 | | | | | $31,921.75 | $0.00 | $2,138.75 |
| Work Week | 12/7/2013 | | -$5,081 | 3 | 8 | 24 | $174.00 | $32,095.75 | $0.00 | $2,138.75 |
| Work Week | 12/14/2013 | | -$5,081 | 2 | 8 | 16 | $116.00 | $32,211.75 | $0.00 | $2,138.75 |

| Type | Date | Amount | Balance | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|
| Work Week | 12/21/2013 | | -$5,081 | 3 | 24 | $174.00 | $32,385.75 | $0.00 | $2,138.75 |
| Partial Day | 12/26/2013 | | -$5,081 | 1 | 4 | $29.00 | $32,414.75 | $0.00 | $2,138.75 |
| Work Week | 12/28/2013 | | -$5,081 | 2 | 16 | $116.00 | $32,530.75 | $0.00 | $2,138.75 |
| Work Week | 12/30/2013 | | -$5,081 | 1 | 8 | $58.00 | $32,588.75 | $0.00 | $2,138.75 |
| Extra Sat. | 1/4/2014 | | -$5,081 | 1 | 8 | $58.00 | $32,646.75 | $0.00 | $2,138.75 |
| Check | 1/4/2014 | $1,000 | -$6,081 | | | | $32,646.75 | $0.00 | $2,138.75 |
| Work Week | 1/11/2014 | | -$6,081 | 2 | 16 | $116.00 | $32,762.75 | $0.00 | $2,138.75 |
| Work Week | 1/18/2014 | | -$6,081 | 2 | 16 | $116.00 | $32,878.75 | $0.00 | $2,138.75 |
| Work Week | 1/25/2014 | | -$6,081 | 2 | 16 | $116.00 | $32,994.75 | $0.00 | $2,138.75 |
| Extra Day | 1/7/2014 | | -$6,081 | 1 | 8 | $58.00 | $33,052.75 | $0.00 | $2,138.75 |
| Work Week | 1(sic)/2/2014 | | -$6,081 | 2 | 16 | $116.00 | $33,168.75 | $0.00 | $2,138.75 |
| Check | 2/6/2014 | $500 | -$6,581 | | | | $33,168.75 | $0.00 | $2,138.75 |
| Work Week | 2/8/2014 | | -$6,581 | 2 | 16 | $116.00 | $33,284.75 | $0.00 | $2,138.75 |
| Work Week | 2/15/2014 | | -$6,581 | 2 | 16 | $116.00 | $33,400.75 | $0.00 | $2,138.75 |
| Work Week | 2/17/2014 | $500 | -$7,081 | | | | $33,400.75 | $0.00 | $2,138.75 |
| Work Week | 2/22/2014 | | -$7,081 | 3 | 24 | $174.00 | $33,574.75 | $0.00 | $2,138.75 |
| Work Week | 3/1/2014 | | -$7,081 | 2 | 16 | $116.00 | $33,690.75 | $0.00 | $2,138.75 |
| Work Week | 3/8/2014 | | -$7,081 | 2 | 16 | $116.00 | $33,806.75 | $0.00 | $2,138.75 |
| Check | 3/10/2014 | $300 | -$7,381 | | | | $33,806.75 | $0.00 | $2,138.75 |
| Workweek | 3/15/2014 | | -$7,381 | 2 | 16 | $116.00 | $33,922.75 | $0.00 | $2,138.75 |
| Check | 3/20/2014 | $200 | -$7,581 | | | | $33,922.75 | $0.00 | $2,138.75 |
| Expense | 3/7/2014 | -$12 | -$7,569 | | | | $33,922.75 | $0.00 | $2,138.75 |
| Work Week | 3/22/2014 | | -$7,569 | 2 | 16 | $116.00 | $34,038.75 | $0.00 | $2,138.75 |
| Work Week | 3/29/2014 | | -$7,569 | 2 | 0 | $0.00 | $34,038.75 | $0.00 | $2,138.75 |
| Work Week | 4/5/2014 | | -$7,569 | 2 | 0 | $0.00 | $34,038.75 | $0.00 | $2,138.75 |
| Work Week | 4/12/2014 | | -$7,569 | 2 | 0 | $0.00 | $34,038.75 | $0.00 | $2,138.75 |
| Work Week | 4/19/2014 | | -$7,569 | 2 | 0 | $0.00 | $34,038.75 | $0.00 | $2,138.75 |
| Partial Day | 4/26/2014 | | -$7,569 | 1 | 6 | $43.50 | $34,082.25 | $0.00 | $2,138.75 |
| Full Day | 4/26/2014 | | -$7,569 | 1 | 8 | $58.00 | $34,140.25 | $0.00 | $2,138.75 |
| Cash | 5/1/2014 | $300 | -$7,869 | | | | $34,140.25 | $0.00 | $2,138.75 |

6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Full Day | 5/3/2014 | | -$7,869 | 1 | 8 | $58.00 | $34,198.25 | $0.00 | $2,138.75 |
| Work Week | 5/10/2014 | | -$7,869 | 2 | 16 | $116.00 | $34,314.25 | $0.00 | $2,138.75 |
| Work Week | 5/17/2014 | | -$7,869 | 2 | 16 | $116.00 | $34,430.25 | $0.00 | $2,138.75 |
| Cash | 5/19/2014 | $500 | -$8,369 | | | | $34,430.25 | $0.00 | $2,138.75 |
| Work Week | 5/24/2014 | | -$8,369 | 2 | 16 | $116.00 | $34,546.25 | $0.00 | $2,138.75 |
| Work Week | 5/31/2014 | | -$8,369 | 2 | 16 | $116.00 | $34,662.25 | $0.00 | $2,138.75 |
| Work Week | 6/7/2014 | | -$8,369 | 2 | 16 | $116.00 | $34,778.25 | $0.00 | $2,138.75 |
| Cash | 6/13/2014 | $500 | -$8,869 | | | | $34,778.25 | $0.00 | $2,138.75 |
| Work Week | 6/14/2014 | | -$8,869 | 2 | 16 | $116.00 | $34,894.25 | $0.00 | $2,138.75 |
| Work Week | 6/21/2014 | | -$8,869 | 2 | 16 | $116.00 | $35,010.25 | $0.00 | $2,138.75 |
| Work Week | 6/28/2014 | | -$8,869 | 2 | 16 | $116.00 | $35,126.25 | $0.00 | $2,138.75 |
| Work Week | 7/5/2014 | | -$8,869 | 2 | 16 | $116.00 | $35,242.25 | $0.00 | $2,138.75 |
| Work Week | 7/12/2014 | | -$8,869 | 2 | 20 | $145.00 | $35,387.25 | $0.00 | $2,138.75 |
| Cash | 7/17/2014 | $400 | -$9,269 | | | | $35,387.25 | $0.00 | $2,138.75 |
| Work Week | 7/19/2014 | | -$9,269 | 2 | 20 | $145.00 | $35,532.25 | $0.00 | $2,138.75 |
| Work Week | 7/26/2014 | | -$9,269 | 2 | 20 | $145.00 | $35,677.25 | $0.00 | $2,138.75 |
| Cash | 8/1/2014 | $400 | -$9,669 | | | | $35,677.25 | $0.00 | $2,138.75 |
| Work Week | 8/2/2014 | | -$9,669 | 2 | 20 | $145.00 | $35,822.25 | $0.00 | $2,138.75 |

| | |
|---|---|
| Total Overtime Due | $2,138.75 |
| Total Minimum Wage Due | $35,822.25 |
| Net Payments from Defendant | -$9,669 |
| Remaining Due and Owing | **$28,292.00** |

7