UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS,   )
       Plaintiff,   )
       )
vs.   )
       )
       )
       )
BARNEY N. WEINKLE AND ILENE M. WEINKLE,   )
       )
       Defendants.   )
       )
_____   )

### NOTICE OF WITHDRAWING AND STRIKING DOCKET ENTRY 83

    PLEASE TAKE NOTICE, ISABEL TARCILA CAZORLA SALINAS, by and through undersigned counsel, and hereby strikes docket entry 83 any hereby withdraw said documents.

Dated November 11, 2015                                    Respectfully submitted,
Miami Beach, FL

                                                           __/s/Steven C. Fraser__
                                                           Steven C. Fraser, Esq.
                                                           Fla. Bar No. 625825
                                                           J.H. Zidell, P.A.
                                                           Attorney for Plaintiff
                                                           300 71st Street #605
                                                           Miami Beach, Florida 33141
                                                           Tel: (305) 865-6766
                                                          Fax: (305) 865 – 7167
                                                          Email: steven.fraser.esq@gmail.com

### CERTIFICATE OF SERVICE

    I hereby certify that on November 11, 2015, I electronically filed the Notice of Striking ECF 83 of Attorney's Fees and Costs with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/Steven C. Fraser  
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

**SERVICE LIST**

Via Email

Barney N. Weinkle and Ilene M. Weinkle
barneynweinkle@gmail.com,