UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  14-CIV-62481-BLOOM/Valle

ISABEL TARCILA CAZORLA SALINAS,

    Plaintiff,

v.

BARNEY N. WEINKLE, and
ILENE M. WEINKLE,

    Defendants.
_____/

## FINAL JUDGMENT

This cause is before the Court upon the granting of Plaintiff Isabel Tarcila Cazorla Salinas' Motion for Reconsideration, ECF No. [91]. For the reasons expressed in this Court's separately entered Order on Motion for Reconsideration, ECF No. [92], and Order, ECF No. [90], and pursuant to Federal Rules of Civil Procedure 56 and 58, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Final judgment is **ENTERED** in favor of Plaintiff Isabel Tarcila Cazorla Salinas.

2. Pursuant to the Jury's Verdict, ECF No. [76], Plaintiff is **AWARDED** $26,617.25 as damages for minimum wage violations, as well as an equal amount as liquidated damages, see 29 U.S.C. § 216(b), totaling **$53,234.50**.

3. Plaintiff shall also be entitled to post-judgment interest on this award pursuant to 28 U.S.C. § 1961 ("Interest shall be allowed on any money judgment in a civil case recovered in a district court.").

4. The Clerk is instructed to **CLOSE** this matter.

5. The Court retains jurisdiction to entertain any motions that raise issues collateral to this Final Judgment and, to the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of January, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Barney and Ilene Weinkle
Defendants *Pro Se*
1835 Hallendale Beach Blvd., Suite 849
Hallendale Beach Blvd., FL 33009