UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS and all )
others similarly situated under 29 U.S.C. 216(b), )
                                               )
             Plaintiff, )
                                                 )
   vs. )
                                                 )
BARNEY N. WEINKLE )
ILENE M. WEINKLE )
                                                 )
            Defendants. )
_____ )

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

## WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Garnishee, Wells Fargo, 9401 Harding Ave, Surfside, Florida 33154 to serve an answer to this writ on J.H. Zidell, Esq., Plaintiff's Attorney, whose address is 300 71st Street, Suite 605, Miami Beach, Florida 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant, Ilene M. Weinkle [SSN: XXX-XX-8025] located at 343 Laybe Blvd., Hallandale Beach, Florida 33009 and/or Barney N. Weinkle located at 343 Laybe Blvd., Hallandale Beach, Florida 33009, who upon information and belief, maintains a bank account with Garnishee Wells Fargo Bank, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant(s), Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant(s) or who may be in possession or control of any of the property of the Defendant(s) such as Certificate of deposits, bonds or money market accounts. The amount set in Plaintiff's motion is for $53,234.50.

Dated on   **03 / 30**   2016.

                                     Name of Clerk
As Clerk of the Court
                    By: _____ as Deputy Clerk
**Steven M. Larimore**