UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS and all )
others similarly situated under 29 U.S.C. 216(b), )
                                                                                   )
                Plaintiff, )
vs. )
                                                                                   )
BARNEY N. WEINKLE )
ILENE M. WEINKLE )
                                                                                    )
                Defendants. )
_____ )

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO COMPLETE FACT
INFORMATION SHEET IN AID OF EXECUTION PURSUANT TO FLORIDA RULE
OF CIVIL PROCEDURE 1.560 AND 1.977**

Comes Now Plaintiff, by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.560 and 1.977 and respectfully request that the Court enter an order requiring Defendants to accurately and truthfully complete form 1.977 within 30 days and in support thereof states as follows:

1. Plaintiff obtained a final judgment against Defendants on January 11, 2016 for a total amount of $53,234.50 [D.E. 93].

2. The judgment remains unsatisfied.

3. "Florida's procedure in aid of execution governs the instant action. See Fed. R. Civ. P. 69." *DiFrancesco v. Home Furniture Liquidators, Inc*., 2009 U.S. Dist. LEXIS 736 (S.D. Fla. Jan. 6, 2009).

4. Pursuant to Florida Rule of Civil Procedure 1.560, Plaintiff requests that Defendants complete the attached form 1.977 [Exhibit A] within 30 days and provide the requested documentation within 30 days.

5. Florida Rule of Civil Procedure 1.560 states:

   **(a) In General.** In aid of a judgment, decree, or execution the judgment creditor or the successor in interest, when that interest appears of record, may obtain discovery from any person, including the judgment debtor, in the manner provided in these rules.

   **(b) Fact Information Sheet.** In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments,
   within 45 days of the order or such other reasonable time as determined by the court. Failure to obey the order may be considered contempt of court.

   **(c) Final Judgment Enforcement Paragraph.** In any final judgment, the judge shall include the following enforcement paragraph if requested by the prevailing party or attorney:

   > "It is further ordered and adjudged that the judgment debtor(s) shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney, within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.
   >
   > Jurisdiction of this case is retained to enter further orders that are proper to compel the judgment debtor(s) to complete form 1.977, including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney."

6. In order to help aid Plaintiff in collection of the judgment, Plaintiff respectfully requests that the Court Order Defendants to complete form 1.977 within 30 days.

Wherefore, Plaintiff respectfully requests that the Court enter an Order requiring Defendants, to complete form 1.977 within 30 days.

Respectfully Submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Zabogado@aol.com

By:_/s/ *J.H. Zidell* _____
    J.H. Zidell, Esq
    Florida Bar Number: 0010121

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion to Compel Completion of Fact Information Sheet was sent via U.S. Mail to Barney N. Weinkle and Ilene M. Weinkle at 343 Laybe Blvd., Hallandale Beach, Florida 33009 and 1835 Hallandale Beach Blvd., Suite 849, Hallandale Beach, Florida 33009 on this 8th day of April 2016.

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Zabogado@aol.com

By:_/s/ *J.H. Zidell* _____
    J.H. Zidell, Esq
    Florida Bar Number: 0010121