UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS and all )
others similarly situated under 29 U.S.C. 216(b), )
                                                    Plaintiff, )
vs. )

BARNEY N. WEINKLE )
ILENE M. WEINKLE )

                                                Defendants. )
_____ )

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFENDANTS TO COMPLETE FACT INFORMATION SHEET IN AID OF EXECUTION PURSUANT TO FLORIDA RULE OF CIVIL PROCEDURE 1.560 AND 1.977**

This matter came on to be heard regarding the Plaintiff's above-described Motion, and the Court having reviewed the relevant motions, considered legal argument and otherwise being advised in the premises, it is:

ORDERED and ADJUDGED that Plaintiff's Motion is Granted. Defendants, Barney N. Weinkle and Ilene M. Weinkle, shall complete form 1.977 and provide said form with all supporting documentation to Plaintiff's counsel on or before May 9, 2016. Failure to comply with said Order may result in the Court finding Defendants, Barney N. Weinkle and Ilene M. Weinkle in contempt of Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of April, 2016.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**