FORM 1.977                FLORIDA RULES OF CIVIL PROCEDURE                FORM 1.977

**FORM 1.977.  FACT INFORMATION SHEET**

  **(a)  For Individuals.**

(CAPTION)

FACT INFORMATION SHEET

Full Legal Name: _____
Nicknames or Aliases: _____
Residence Address: _____
Mailing Address (if different): _____
Telephone Numbers: (Home) _____(Business) _____
Name of Employer: _____
Address of Employer: _____
Position or Job Description: _____
Rate of Pay: $_____ per _____. Average Paycheck: $_____ per _____
Average Commissions or Bonuses: $_____ per _____.
Commissions or bonuses are based on _____
Other Personal Income: $_____ from _____
(Explain details on the back of this sheet or an additional sheet if necessary.)
Social Security Number: _____ Birthdate: _____
Driver's License Number: _____
Marital Status: _____ Spouse's Name: _____

*********************************************************************************
*Spouse Related Portion*

Spouse's Address (if different): _____
Spouse's Social Security Number: _____ Birthdate: _____
Spouse's Employer: _____
Spouse's Average Paycheck or Income: $_____ per _____
Other Family Income: $____ per ____ (Explain details on back of this sheet or an additional sheet if necessary.)
Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or on an additional sheet if necessary.

*********************************************************************************

Names and Ages of All Your Children (and addresses if not living with you): _____
Child Support or Alimony Paid: $_____ per _____
Names of Others You Live With: _____
Who is Head of Your Household? _____You _____Spouse _____Other Person
Checking Account at: _____ Account #_____
Savings Account at: _____ Account #_____

For Real Estate (land) You Own or Are Buying:
Address: _____
All Names on Title: _____
Mortgage Owed to: _____
Balance Owed: _____
Monthly Payment: $_____
(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)

CIV-111

| FORM 1.977 | FLORIDA RULES OF CIVIL PROCEDURE | FORM 1.977 |
|---|---|---|

For All Motor Vehicles You Own or Are Buying:
Year/Make/Model: _____ Color: _____
Vehicle ID #: _____ Tag No: _____ Mileage: _____
Names on Title: _____ Present Value: $_____
Loan Owed to: _____
Balance on Loan: $_____
Monthly Payment: $_____
(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? If your answer is "yes," describe the property, market value, and sale price, and give the name and address of the person who received the property.

Does anyone owe you money? Amount Owed: $_____
Name and Address of Person Owing Money: _____
Reason money is owed: _____

Please attach copies of the following:
  a.  Your last pay stub.
  b.  Your last 3 statements for each bank, savings, credit union, or other financial account.
  c.  Your motor vehicle registrations and titles.
  d.  Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.
  e.  Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the last 3 years.
  f.  Your last 2 income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Judgment Debtor

STATE OF FLORIDA
COUNTY OF ....................

The foregoing instrument was acknowledged before me this ..... day of ..............., (year .....), by .................... who is personally known to me or has produced .................... as identification and who .....did/did not..... take an oath.

   WITNESS my hand and official seal, this ..... day of ..............., .....(year)......

_____
Notary Public
State of Florida

My Commission expires: ....................

FORM 1.977                  FLORIDA RULES OF CIVIL PROCEDURE                  FORM 1.977

**THE JUDGMENT DEBTOR SHALL FILE WITH THE CLERK OF THE COURT A NOTICE OF COMPLIANCE AFTER THE ORIGINAL FACT INFORMATION SHEET, TOGETHER WITH ALL ATTACHMENTS, HAS BEEN DELIVERED TO THE JUDGMENT CREDITOR'S ATTORNEY, OR TO THE JUDGMENT CREDITOR IF THE JUDGMENT CREDITOR IS NOT REPRESENTED BY AN ATTORNEY.**

**(b) For Corporations and Other Business Entities.**

(CAPTION)

FACT INFORMATION SHEET

Name of entity: _____
Name and title of person filling out this form: _____
Telephone number: _____
Place of business: _____
Mailing address (if different): _____
Gross/taxable income reported for federal income tax purposes last three years:
  $_____/$_____ $_____/$_____ $_____/$_____
Taxpayer identification number: _____
Is this entity an S corporation for federal income tax purposes?    _____Yes    _____No
Average number of employees per month _____
Name of each shareholder, member, or partner owning 5% or more of the entity's common stock, preferred stock, or other equity interest:
_____
_____
_____

Names of officers, directors, members, or partners: _____
_____

Checking account at: _____ Account #_____
Savings account at: _____ Account #_____
Does the entity own any vehicles?    _____Yes    _____No
For each vehicle please state:
   Year/Make/Model: _____ Color: _____
Vehicle ID No: _____ Tag No: _____ Mileage: _____
   Names on Title: _____ Present Value: $_____
   Loan Owed to: _____
   Balance on Loan: $_____
   Monthly Payment: $_____
Does the entity own any real property?    _____Yes    _____No
   If yes, please state the address(es): _____

Please check if the entity owns the following:
_____ Boat
_____ Camper
_____ Stocks/bonds
_____ Other real property
_____ Other personal property

CIV-113

| FORM 1.977 | FLORIDA RULES OF CIVIL PROCEDURE | FORM 1.977 |
|---|---|---|

Please attach copies of the following:
1. Copies of state and federal income tax returns for the past 3 years.
2. All bank, savings and loan, and other account books and statements for accounts in institutions in which the entity had any legal or equitable interest for the past 3 years.
3. All canceled checks for the 12 months immediately preceding the service date of this Fact Information Sheet for accounts in which the entity held any legal or equitable interest.
4. All deeds, leases, mortgages, or other written instruments evidencing any interest in or ownership of real property at any time within the 12 months immediately preceding the date this lawsuit was filed.
5. Bills of sale or other written evidence of the gift, sale, purchase, or other transfer of any personal or real property to or from the entity within the 12 months immediately preceding the date this lawsuit was filed.
6. Motor vehicle or vessel documents, including titles and registrations relating to any motor vehicles or vessels owned by the entity alone or with others.
7. Financial statements as to the entity's assets, liabilities, and owner's equity prepared within the 12 months immediately preceding the service date of this Fact Information Sheet.
8. Minutes of all meetings of the entity's members, partners, shareholders, or board of directors held within 2 years of the service date of this Fact Information Sheet.
9. Resolutions of the entity's members, partners, shareholders, or board of directors passed within 2 years of the service date of this Fact Information Sheet.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
Judgment Debtor's Designated
Representative/Title

STATE OF FLORIDA
COUNTY OF ....................

The foregoing instrument was acknowledged before me on .....(date)....., by ...................., who is personally known to me or has produced .................... as identification and who .....did/did not..... take an oath.

    WITNESS my hand and official seal, this ..... day of ..............., .....(year)......

_____
Notary Public
State of Florida

My Commission expires: ....................

**THE JUDGMENT DEBTOR SHALL FILE WITH THE CLERK OF THE COURT A NOTICE OF COMPLIANCE AFTER THE ORIGINAL FACT INFORMATION SHEET, TOGETHER WITH ALL ATTACHMENTS, HAS BEEN DELIVERED TO THE JUDGMENT CREDITOR'S ATTORNEY, OR TO THE JUDGMENT CREDITOR IF THE JUDGMENT CREDITOR IS NOT REPRESENTED BY AN ATTORNEY.**

**Committee Notes**

**2000 Adoption.** This form is added to comply with amendments to rule 1.560.

CIV-114