FILED by ___ D.C.
APR 05 2016
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S.D. of FLA. – MIAMI

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

**PART I.**             **AMENDED TRANSCRIPT ORDER INFORMATION**

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: ISABEL TARCILA CAZORLA SALINAS vs   BARNEY N. WEINKLE and ILENE M. WEINKLE   District Court No.: 14-62481-CIV-BLOOM/VALLE Date Notice of Appeal Filed: February 5, 2016

Court of Appeals No.: 16-10398-CC

(If Available)

CHOOSE ONE:  No hearing    No transcript is required for appeal purposes    **X All necessary transcript(s) on file**
         I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested*:

|  | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| Pre-Trial Proceedings | 9/29/15, 10/5/15, and 11/12/15 | The Honorable Beth Bloom | Courthouse Reporter |
| Trial | 10/13/2015 and 10/14/2015 | The Honorable Beth Bloom | Courthouse Reporter |
| Sentence | | | |
| Other | | | |

## METHOD OF PAYMENT:

**X** I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

___ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: Barney N. Weinkle

Name of Firm: _____

Street Address/  P.O. Box: 1835 Hallendale Beach Blvd., Suite 849

City/State/Zip Code: Hallandale Beach, FL 33009

Phone No. : 1-305-218-6036

*I certify that I have completed and filed PART I with the District Court Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, mailed a filed copy to the Court of Appeals Clerk, and served all parties.*

DATE: 4-4-16     SIGNED: _____   Pro Se

**PART II.**            **COURT REPORTER ACKNOWLEDGMENT**

*Court Reporter to complete and file with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received:
____ Satisfactory arrangements for paying the cost of the transcript were completed on:
__X__ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days: _____   Estimated no. of transcript pages: _____   Estimated filing date:
DATE: 4/18/2016   SIGNED: /s/Yvette Hernandez     Phone No. : 305-523-5698

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date):

Actual No. of Volumes and Hearing Dates:

Date:_____     Signature of Court Reporter:

Rev. 2/06