IN THE COUNTY/CIRCUIT COURT OF THE ~~COUNTY~~ JUDICIAL CIRCUIT IN AND FOR _____ ~~COUNTY~~, FLORIDA

*[handwritten: UNITED STATES DISTRICT COURT / ✓ / SOUTHERN DISTRICT OF]*

ISABEL TARCILA CAZORLA
Plaintiff
-vs- BARNEY WEINKLE
~~ILENE WEINKLE~~
Defendant

CASE NO. 14-62481-CIV BLOOM/VALLE

FILED by JJ D.C.
APR 19 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**CLAIM OF EXEMPTION, AFFIDAVIT OF EXEMPTION AND REQUEST FOR HEARING**

I claim exemptions from garnishment under the following categories as checked:

\_\_\_\_ 1. Head of family wages. (You must check a. or b. below.)
\_\_\_\_ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.
**X** b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.
\_\_\_\_ 2. Social Security benefits.
\_\_\_\_ 3. Supplemental Security Income benefits. (SSI)
\_\_\_\_ 4. Public assistance (welfare).
\_\_\_\_ 5. Workers Compensation.
\_\_\_\_ 6. Unemployment Compensation.
\_\_\_\_ 7. Veterans benefits.
\_\_\_\_ 8. Retirement or profit-sharing benefits or pension money.
\_\_\_\_ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
\_\_\_\_ 10. Disability income benefits.
\_\_\_\_ 11. Prepaid College Trust Fund or Medical Savings Account.
\_\_\_\_ 12. Other exemptions as provided by law.

**AFFIDAVIT OF EXEMPTION BY HEAD OF FAMILY PURSUANT TO §222.12 FLA. STAT.**

BEFORE ME, the undersigned authority, personally appeared **Barney N. Weinkle** who first being duly cautioned, deposes and says as follows:

1. My name is **Barney Weinkle** and I live at **10070 Bay harbor terr Bay harbor Island FL 33154**
2. The funds that are being garnished in the above styled action are funds that are due me for my labor and services.

*[signature]*
NOTARY PUBLIC

1

MAYTE D GAMIOTEA
Notary Public - State of Florida
My Comm. Expires Jun 21, 2016
Commission # EE 210160

3. I am the head of my family in that I am providing more than one-half the support for my dependent(s) who is (are): TAYLOR WEINKLE, PAIGE WEINKLE

4. I understand that pursuant to Florida Statutes §222.11 and §222.12 that since I am the head of a family and the money being garnished is due to me for personal labor and services, that this garnishment action must cease (unless my affidavit is denied pursuant to provisions of the above cited statutes).

_____
Defendant/Signature

Address: 10070 Bay harbor ter
Bay harbor Island FL 33154

SUBSCRIBED AND SWORN to before me this 18 day April of 20 16 by the above named person who is either known personally to me or who produced a valid Florida driver's license.

_____
Notary Public

MAYTE D GAMIOTEA
Notary Public - State of Florida
My Comm. Expires Jun 21, 2016
Commission # EE 210160

NOTICE: If the Plaintiff does not file a sworn written statement that contests this Claim of Exemption within 2 business days after hand delivering of the Claim or, alternatively, 7 business days, if the Claim were served by mail, no hearing is required and the clerk must automatically dissolve the writ and notify the parties of the dissolution by mail.

If the Plaintiff properly contests this Claim I request a hearing to decide the validity of my Claim.

Notice of the hearing should be given to me at:

Address: 10070 Bay harbor ter
Bay harbor Island FL 33154.

Telephone: 305-213-6036

The statements made in this Claim, Affidavit and Request are true to the best of my personal knowledge and information.    Date: 4/18/16

_____
Signature

2

**Certificate of Service**

I certify that on the __19__ day of __April__, 20__ I mailed a copy of this, Claim of Exemption, Affidavit and Request for Hearing to __JH ZIDELL__ who is the attorney for the Plaintiff at the following address:

300 71ST STREET # 605
MIAMI BEACH, FL 33141

_____
Signature of Defendant

Case 0:14-cv-62481-BB   Document 116   Entered on FLSD Docket 04/20/2016   Page 4 of 4
Case 0:14-cv-62481-BB   Document 109   Entered on FLSD Docket 03/30/2016   Page 1 of 1
Case 0:14-cv-62481-BB   Document 107-1   Entered on FLSD Docket 03/29/2016   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS and all
others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

BARNEY N. WEINKLE
ILENE M. WEINKLE

        Defendants.

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

**WRIT OF GARNISHMENT**

YOU ARE COMMANDED to summon the Garnishee, Wells Fargo, 9401 Harding Ave, Surfside, Florida 33154 to serve an answer to this writ on J.H. Zidell, Esq., Plaintiff's Attorney, whose address is 300 71st Street, Suite 605, Miami Beach, Florida 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant, Ilene M. Weinkle [SSN: XXX-XX-8025] located at 343 Laybe Blvd., Hallandale Beach, Florida 33009 and/or Barney N. Weinkle located at 343 Laybe Blvd., Hallandale Beach, Florida 33009, who upon information and belief, maintains a bank account with Garnishee Wells Fargo Bank, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant(s), Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant(s) or who may be in possession or control of any of the property of the Defendant(s) such as Certificate of deposits, bonds or money market accounts. The amount set in Plaintiff's motion is for $53,234.50.

Dated on __03_/_30__/2016.

Name of Clerk
As Clerk of the Court
By: _____ as Deputy Clerk
**Steven M. Larimore**