## AMENDED

IN THE COUNTY/CIRCUIT COURT OF THE ~~JUDICIAL CIRCUIT~~ IN UNITED STATES DISTRICT COURT
~~AND FOR~~ Southern ~~COUNTY, FLORIDA~~ IN THE DISTRICT OF FLORIDA

ISABEL TARULA CAZORLA SALINAS

Plaintiff

CASE NO. 14-62481-CIV

-vs-

Barney N Weinkle & Ilene Weinkle

Defendant

FILED by _____ D.C.
APR 22 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

### CLAIM OF EXEMPTION, AFFIDAVIT OF EXEMPTION AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

_____ 1. Head of family wages. (You must check a. or b. below.)
_____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.
__X__ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.
_____ 2. Social Security benefits.
_____ 3. Supplemental Security Income benefits. (SSI)
_____ 4. Public assistance (welfare).
_____ 5. Workers Compensation.
_____ 6. Unemployment Compensation.
_____ 7. Veterans benefits.
_____ 8. Retirement or profit-sharing benefits or pension money.
_____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
_____ 10. Disability income benefits.
_____ 11. Prepaid College Trust Fund or Medical Savings Account.
_____ 12. Other exemptions as provided by law.

### AFFIDAVIT OF EXEMPTION BY HEAD OF FAMILY PURSUANT TO §222.12 FLA. STAT.

BEFORE ME, the undersigned authority, personally appeared ILENE WEINKLE who first being duly cautioned, deposes and says as follows:

1. My name is ILENE WEINKLE and I live at 10070 Bay Harbor Terr Bay Harbor Island FL 33154

2. The funds that are being garnished in the above styled action are funds that are due me for my labor and services.

1

3. I am the head of my family in that I am providing more than one-half the support for my dependent(s) who is (are): TAYLOR WEINKLE / PAIGE WEINKLE

4. I understand that pursuant to Florida Statutes §222.11 and §222.12 that since I am the head of a family and the money being garnished is due to me for personal labor and services, that this garnishment action must cease (unless my affidavit is denied pursuant to provisions of the above cited statutes).

_____
Defendant Signature

Address: 10070 Bay Harbor Terrace
Bay Harbor Islands, FL 33154

SUBSCRIBED AND SWORN to before me this 21 day April of 20 16 by the above named person who is either known personally to me or who produced a valid Florida driver's license.

_____
Notary Public

MAYTE D GAMIOTEA
Notary Public - State of Florida
My Comm. Expires Jun 21, 2016
Commission # EE 210160

NOTICE: If the Plaintiff does not file a sworn written statement that contests this Claim of Exemption within 2 business days after hand delivering of the Claim or, alternatively, 7 business days, if the Claim were served by mail, no hearing is required and the clerk must automatically dissolve the writ and notify the parties of the dissolution by mail.

If the Plaintiff properly contests this Claim I request a hearing to decide the validity of my Claim.

Notice of the hearing should be given to me at:

Address: ILENE WEINKLE
10070 BAY HARBOR TERR
BAY HARBOR ISLAND FL 33154
Telephone: 305-213-6035

The statements made in this Claim, Affidavit and Request are true to the best of my personal knowledge and information.

_____ Date: 4/21/16
Signature

2

**Certificate of Service**

I certify that on the 21 day of April, 2016 I mailed a copy of this, Claim of Exemption, Affidavit and Request for Hearing to J H Zidel who is the attorney for the Plaintiff at the following address:

300 71st St #603
Miami Beach FL 33141

_[signature]_

Signature of Defendant