UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-62481-BLOOM/Valle

ISABEL TARCILA CAZORLA SALINAS,

    Plaintiff,

v.

BARNEY N. WEINKLE, and
ILENE M. WEINKLE,

    Defendants.
_____/

## ORDER ON MOTIONS FOR HEARING

**THIS CAUSE** is before the Court upon Defendants' Motions for Hearing on Validity of Claim, ECF Nos. [117] and [119].[1]  The history of this matter is known to both parties and comprehensively documented in the Court's prior Orders, but will be briefly summarized.  On January 11, 2016, the Court issued a Final Judgment pursuant to the Jury's Verdict, ECF No. [76], awarding Plaintiff $53,234.50 in total damages.  *See* ECF No. [93].  On January 22, 2016, the Court denied Defendants' Motion for Reconsideration, ECF No. [94], and on January 29, 2016, Defendants filed a Notice of Appeal.  *See* ECF No. [95], [96].  On February 3, 2016, Plaintiff filed a Motion for a Writ of Garnishment.  *See* ECF No. [98].  On March 30, 2016, Plaintiff served a Writ of Garnishment upon Defendants' bank.  *See* ECF No. [110].

Defendants now request a hearing to adjudicate their claims for an exemption from the Writ of Garnishment.  *See* ECF Nos. [116], [117], [118] and [119].  Both Defendant Barney Weinkle and Ilene Weinkle claim in separate signed and sworn statements that they each qualify

---

[1] Plaintiff filed a Response, ECF No. [121], on April 27, 2016, and thus, Defendants' Reply was due on or before May 9, 2016.  As of the date of this Order, the Court has not received any Reply or request from Defendants to extend the filing deadline.  Accordingly, the Motions are ripe for review.

for an exemption because each act as the head of their household and "provide more than one-half of the support for a child or other dependent" with net "earnings of more than $750 per week."  *See id.*  Both Defendants live in the same household, and both list Taylor and Paige Weinkle as their "dependents."  *See id.*  Accordingly, the signed and sworn claims for an exemption are mutually exclusive and cannot both be correct.  Defendants have not filed any evidence or argument in support of their claims for an exemption or in support of their motion for a hearing on said claims.  Moreover, the Court's Final Judgment holds the Weinkles jointly liable.  *See* ECF No. [93].  Accordingly, Defendants have not established good cause for a hearing on their requested exemptions.  It is therefore

**ORDERED AND ADJUDGED** that Defendants' Motion for Hearing on Validity of Claim, **ECF Nos. [117] and [119]**, are **DENIED.**

**DONE AND ORDERED** in Miami, Florida this 10th day of May, 2016.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Barney and Ilene Weinkle
10070 Bay Harbor Terrace
Bay Harbor, FL 33154