# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY __ABM__
Deputy Clerk

**May 27, 2016**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIA

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 27, 2016

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 16-10398-CC
Case Style: Isabel Tarcila Cazorla Salinas v. Barney Weinkle, et al
District Court Docket No: 0:14-cv-62481-BB

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 05/18/2016.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 16-10398-CC
_____

ISABEL TARCILA CAZORLA SALINAS,

          Plaintiff - Counter Defendant - Appellee,

versus

BARNEY N. WEINKLE,
ILENE M WEINKLE,

          Defendants - Counter Claimants - Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is DISMISSED for want of prosecution because the appellants failed to file a CORRECTED appendix within the time fixed by the rules, effective May 27, 2016.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Joe Caruso, Deputy Clerk

FOR THE COURT - BY DIRECTION