UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS and all     )
others similarly situated under 29 U.S.C. 216(b),     )
                                                     )
                    Plaintiff,                       )
        vs.                                          )
                                                     )
                                                     )
BARNEY N. WEINKLE                                    )
ILENE M. WEINKLE                                     )
                                                     )
                    Defendants.                      )
_____     )

**PLAINTIFF'S MOTION FOR CLERK DEFAULT AS TO GARNISHEE WELLS
FARGO BANK**

Comes Now Plaintiff, by and through undersigned counsel, pursuant to Florida Statute §77.04

and Fed. R Civ. P. 55, and hereby moves for a clerk Default as to Garnishee Wells Fargo and in

support thereof states as follows:

1. Plaintiff obtained a final judgment against Defendants on January 11, 2016 for a total
   amount of $53,234.50 [DE 93].

2. Plaintiff requested that a writ of garnishment after judgment as to Garnishee Wells Fargo
   Bank be issued in the amount of $53,234.50.  [DE 107].

3. On March 30, 2016 a writ of garnishment was issued to Wells Fargo Bank [DE 109].

4. On March 30, 2016 the writ of garnishment was served on Garnishee Wells Fargo Bank.
   [DE 110].

5. Pursuant to Florida Statute §77.04, Garnishee, Wells Fargo Bank, was required to serve an
   answer within 20 days of service of the writ of garnishment plus one business day to act
   expeditiously.

The writ shall require the garnishee to serve an answer on the plaintiff within 20 days after service of the writ stating whether the garnishee is indebted to the defendant at the time of the answer, or was indebted at the time of service of the writ, plus up to 1 business day for the garnishee to act expeditiously on the writ, or at any time between such times; in what sum and what tangible or intangible personal property of defendant the garnishee has in his or her possession or control at the time of his or her answer, or had at the time of the service of the writ, or at any time between such times; and whether the garnishee knows of any other person indebted to defendant, or who may have any of the property of defendant in his or her possession or control. The writ shall state the amount named in plaintiff's motion. If the garnishee is a business entity, an authorized employee or agent of the entity may execute, file, and serve the answer on behalf of the entity.

Fla. Stat. §77.04.

6.  The 20 days to answer from the time of service of the writ of garnishment plus one business day to act expeditiously expired on April 20, 2016. As of May 30, 2016, Garnishee has failed to respond to the Writ of Garnishment.

7.  Fla. Stat. §77.081(1) states "If the garnishee fails to answer as required, a default shall be entered against him or her." Pursuant to Fed. R Civ. P. 55, Plaintiff requests that the clerk enter a default judgment against Garnishee Wells Fargo for failure to timely respond to Plaintiff's Writ of Garnishment.

Wherefore, Plaintiff respectfully requests the clerk/court enter a default judgment against Garnishee Wells Fargo for failure to timely answer the writ of garnishment.

Respectfully Submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Zabogado@aol.com

By:_/s/ *J.H. Zidell* _____
  J.H. Zidell, Esq
  Florida Bar Number: 0010121

### CERTIFICATE OF SERVICE:

  I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Clerk

Default was sent via U.S. Mail to Garnishee Wells Fargo Bank 9401 Harding Ave, Surfside,

Florida 33154 and to Defendants at 10070 Bay Harbor Terrace, Bay Harbor, Florida 33154 on this

30th day of May, 2016.

      J.H. Zidell, Esq.
      J.H. Zidell, P.A.
      Attorney for Plaintiff
      300 71st Street, Suite 605
      Miami Beach, Florida 33141
      Tel: (305) 865-6766
      Fax: (305) 865-7167
      Email: Zabogado@aol.com

      By:_/s/ *J.H. Zidell* _____
        J.H. Zidell, Esq
        Florida Bar Number: 0010121