UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-62481-BLOOM/Valle

ISABEL TARCILA CAZORLA SALINAS,

    Plaintiff,

v.

BARNEY N. WEINKLE, and
ILENE M. WEINKLE,

    Defendants.
_____/

### ORDER ON MOTION FOR
### FINAL JUDGMENT AS TO GARNISHEE

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Final Judgment as to Garnishee Wells Fargo Bank, ECF No. [131], filed with the Court on June 1, 2016. On March 30, 2016, the Court issued a writ of garnishment as to Wells Fargo Bank. ECF No. [109]. Plaintiff states that the writ was served on Garnishee that same day. *See* ECF No. [131]. Pursuant to Florida Statute § 77.04, Garnishee had until April 20, 2016 to file an answer. Garnishee did not file an answer, and on May 31, 2016, a clerk's default was issued against Garnishee Wells Fargo Bank. *See* ECF No. [129]. Florida Statute § 77.081 provides that "on the entry of judgment for plaintiff, a final judgment shall be entered against the garnishee for the amount of plaintiff's claim with interest and costs." It is therefore

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Final Judgment**, ECF No. [131],** is **GRANTED.** Pursuant to Florida Statute § 77.081, the Court enters judgment against Garnishee Wells Fargo Bank in favor of Plaintiff, for the amount of the underlying judgment, $53,234.50.

Case No.  14-cv-62481-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida this 1st day of June, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record