UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS and all )
others similarly situated under 29 U.S.C. 216(b), )
                                                                                          Plaintiff, )
   vs. )

BARNEY N. WEINKLE )
ILENE M. WEINKLE )

                      Defendants. )
_____ )

**PLAINTIFF'S MOTION TO COMPEL GARNISHEE WELLS FARGO BANK**

Comes Now Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 45, and hereby files Plaintiff's Motion to Compel and in support thereof states as follows:

1. On March 30, 2016, Plaintiff's counsel served Garnishee, Wells Fargo Bank NA with a subpoena to produce documents on April 11, 2016 [Exhibit "A"].

2. A certificate of non-appearance was taken on April 11, 2016 [Exhibit "B"].

3. Garnishee failed to comply with the subpoena, and to date, has not produced the subpoenaed documents.

4. A party may be held in contempt for failing to obey a subpoena that was either issued by an attorney or by the Court, see *U.S. S.E.C. v. Hyatt*, 621 F.3d 687, 693 (7th Cir. 2010). Furthermore, Fed. R. Civ. P. 45 (g) states "The court for the district where compliance is required--and also, after a motion is transferred, the issuing court--may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it."

5. Plaintiff respectfully requests that the Court issue an Order requiring Garnishee, Wells Fargo Bank, to produce the banking documents requested. Specifically, Plaintiff requested

"[c]opies of all statements, including records of all deposits and withdrawals for accounts belonging to Barney N. Weinkle and/or Ilene M. Weinkle. Include copies of all checks issued or deposited into said banking accounts."

6.      Additionally, Plaintiff requests that Plaintiff's counsel should be awarded reasonable attorney's fees and costs associated with Garnishee's failure to abide by the issued subpoena.

Wherefore, Plaintiff respectfully requests that the Court enter an Order compelling Wells Faro Bank NA to comply with the subpoena and produce the requested documents to Plaintiff's counsel.

    Respectfully Submitted,

    J.H. Zidell, Esq.
    J.H. Zidell, P.A.
    Attorney for Plaintiff
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167
    Email: Zabogado@aol.com

    By:_/s/ *J.H. Zidell* _____
       J.H. Zidell, Esq
       Florida Bar Number: 0010121

## CERTIFICATE OF SERVICE:

    I hereby certify that a true and correct copy of Plaintiff's Motion to Compel was sent via U.S. Mail to Garnishee Wells Fargo Bank 9401 Harding Ave, Surfside, Florida 33154 and to Defendants at 10070 Bay Harbor Terrace, Bay Harbor, Florida 33154 and to Defendants 10070 Bay Harbor Terrace, Bay Harbor, Florida 33154 on this 16th day of June, 2016.

    J.H. Zidell, Esq.
    J.H. Zidell, P.A.
    Attorney for Plaintiff
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167
    Email: Zabogado@aol.com

    By:_/s/ *J.H. Zidell* _____
        J.H. Zidell, Esq
        Florida Bar Number: 0010121