UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  14-cv-62481-BLOOM/Valle

ISABEL TARCILA CAZORLA SALINAS,

    Plaintiff,

v.

BARNEY N. WEINKLE, and
ILENE M. WEINKLE,

    Defendants.

_____/

## ORDER ON MOTION TO COMPEL GARNISHEE

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Compel Garnishee Wells Fargo Bank, N.A. to comply with a subpoena and produce requested documents, ECF No. [135]. The Court has reviewed the Motion and exhibits, the record, and is advised in the premises. , it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion, **ECF No. [135]**, is **GRANTED**. Garnishee, Wells Fargo Bank N.A. shall provide all documents requested in Plaintiff's subpoena on or before **June 30, 2016**.

**DONE AND ORDERED** in Miami, Florida this 16th day of June, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record