**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED BY __ABM__
Aug 8, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIA

August 08, 2016

Joshua Howard Sheskin
J.H. Zidell, PA
300 71ST ST STE 605
605
MIAMI BEACH, FL 33141

Appeal Number: 16-10398-CC
Case Style: Isabel Tarcila Cazorla Salinas v. Barney Weinkle, et al
District Court Docket No: 0:14-cv-62481-BB

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joe Caruso/jfc, CC
Phone #: (404) 335-6177

MOT-2 Notice of Court Action

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 16-10398-CC

ISABEL TARCILA CAZORLA SALINAS,

                                         Plaintiff - Counter Defendant - Appellee,

versus

BARNEY N. WEINKLE,
ILENE M WEINKLE,

                                         Defendants - Counter Claimants - Appellants.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: WILLIAM PRYOR, JORDAN, and JILL PRYOR, Circuit Judges.

BY THE COURT:

    Appellee's "Motion for a Finding of Entitlement to Attorneys [sic] Fees and for Remand to District Court for Determination" is GRANTED. The Court finds that Appellee is entitled to appellate attorney's fees pursuant to 29 U.S.C. § 216(b), and transfers to the District Court the matter of the issue of the reasonable amount of appellate attorney's fees to be awarded. *See* Eleventh Circuit Rule 39-2(d).

11TH CIRCUIT DOCKET NO: 16-10398-CC

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ISABEL TARCILA CARZOLA SALINAS

Plaintiff-Appellee,

v.

BARNEY N. WINKLE & ILENE M. WEINKLE,

Defendants-Appellants.

_____/

### PLAINTIFF-APPELLEES MOTION FOR A FINDING OF ENTITLEMENT TO ATTORNEYS FEES AND FOR REMAND TO DISTRICT COURT FOR DETERMINATION

Pursuant to the Federal Rules of Appellate Procedure, Plaintiff-Appellee, through the undersigned, move for entry of an order regarding the above-described motion and as grounds states:

### INTRODUCTION

1. This matter sounds under the Fair Labor Standards Act and Plaintiff-Appellees have prevailed on appeal with respect to the claims concerning the appeal.

2. Plaintiff-Appellees are entitled to attorneys' fees regarding those fees accrued in relation to this appeal. This Court should remand

1

    determination of the amount of such fees to the district court below for assessment.

3.   It would benefit judicial economy to grant this Motion so that the district court can determine all appellate fees when the Plaintiff-Appellees later re-file their fee motion in the district court.

**MEMORANDUM OF LAW**

Pursuant to 29 USC 216(B), having prevailed on her FLSA claims, the Plaintiff-Appellees are entitled to recover reasonable attorney fees and costs from the Defendants jointly and severally. Section 216(b) makes the award of fees and costs to prevailing plaintiffs mandatory. Since the courts ultimately utilize their own knowledge and experience to assess a reasonable fee, pursuant to *Norman v. Housing Authority of Montgomery*, 836 F.2d 1292 (11th Cir. 1988), the undersigned requests that this Court find that Plaintiff-Appellees are entitled to attorneys fees concerning the instant appeal, and remand this matter to the district court to assess such attorneys fees. 11th Cir. R. 39-2(d) permits Plaintiff-Appellees to request this Court to transfer consideration of fees to the district court.

Should the Court decide not to transfer this matter to the district court, Plaintiff-Appellees request an enlargement of (14) days in addition to the time permitted by 11th Cir. R. 39-2(a) to file the requisite documents for determination of fees by this Court.

WHEREFORE THE PLAINTIFF-APPELLEE MOVES THIS COURT TO FIND THAT PLAINTIFF IS ENTITLED TO ATTORNEYS' FEES REGARDING THOSE FEES ACCRUED IN RELATION TO THIS APPEAL, AND TO REMAND DETERMINATION OF THE AMOUNT TO THE DISTRICT COURT.  SHOULD THE COURT DECIDE NOT TO TRANSFER THIS MATTER TO THE DISTRICT COURT, PLAINTIFF-APPELLEES REQUEST AN ENLARGEMENT OF (14) DAYS IN ADDITION TO THE TIME PERMITTED BY 11TH CIR. R. 39-2(A) TO FILE THE REQUISITE DOCUMENTS FOR DETERMINATION OF FEES BY THIS COURT.

### PLAINTIFF-APPELLEE'S
### CERTIFICATE OF INTERESTED PERSONS
### AND CORPORATE DISCLOSURE STATEMENT

1. DISTRICT JUDGE BETH BLOOM. (District Court Judge)

2. J.H. ZIDELL, PA (Plaintiff/Appellant's Counsel)

3. SALINAS, ISABEL TARCILA CARZOLA (Plaintiff/Appellee)

4. SHESKIN, JOSHUA H., ESQ. (PLAINTIFF/Appellee's Counsel)

5. WEINKLE, BARNEY N. (Defendant's/Appellant)

6. WEINKLE, ILENE M. (Defendant's/Appellant)

7. ZIDELL, JAMIE H., ESQ. (Plaintiff/Appellee's Counsel)

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Appellee*

By: /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response Brief of Appellee, ISABEL TARCILA CAZORLA SALINAS, was furnished via email and U.S. Mail to BARNEY N. WEINKLE AND ILENE M. WEINKLE, 1835 Hallendale Beach Blvd. Suite 849, Hallendale Beach, FL 33009, barneynweinkle@gmail.com, on this 15th day of June, 2016.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Appellee*

By: /s/ Joshua Sheskin

4

                                                            Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028