UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-62481-BLOOM/Valle

ISABEL TARCILA CAZORLA SALINAS,

    Plaintiff,

v.

BARNEY N. WEINKLE, and
ILENE M. WEINKLE,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on remand from the Eleventh Circuit Court of Appeals. In its Order, the Eleventh Circuit granted Plaintiff/Appellee Isabel Tarcila Cazorla Salinas's ("Plaintiff") Motion for a Finding of Entitlement to Attorney's Fees and for Remand to District Court for Determination. *See* ECF No. [137]. The Eleventh Circuit has remanded proceedings solely as to the "issue of the reasonable amount of appellate attorney's fees to be awarded." *See id.* Accordingly and consistent with that Order, it is

**ORDERED AND ADJUDGED** that Plaintiff shall file an appropriate Motion for Attorney's Fees on or before **August 19, 2016**. Defendants will then have time to file a Response consistent with the local rules.

**DONE AND ORDERED** in Miami, Florida, this 9th day of August, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

**Case No. 15-cv-61020-BLOOM/Valle**

Counsel of Record