UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS
AND ALL OTHERS SIMILARLY
SITUATED UNDER 29 U.S.C. 216(b),

    Plaintiff,

v.

BARNEY N. WEINKLE
ILENE M. WEINKLE,

    Defendant,

v.

WELLS FARGO BANK, N.A.,

    Garnishee.

_____/

## ANSWER OF GARNISHEE AND DEMAND FOR GARNISHMENT FEE

    COME NOW Garnishee, Wells Fargo Bank, N.A., successor in interest to Wachovia Bank, N.A., by and through its undersigned attorneys, and answers the Writ of Garnishment served herein on it and says:

    1.    At the time of service of said Writ (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ) and at the time of this Answer, and in between said times, excluding any "protected amount" as defined in Title 31, Subtitle B, Chapter II, Subchapter A, Part 212, Code of Federal Regulations, **if any**, the Garnishee may be indebted to Defendant(s), "Ilene M. Weinkle and/or Barney N. Weinkle":

    A.    in the amount of $25.00 by virtue of an account(s) in the name of "Ilene Weinkle"

59890816

    B. in the amount of $2,570.46 by virtue of an account(s) in the name of "Ilene Weinkle"

    C. in the amount of $139.26 by virtue of an account(s) in the name of "Ilene Weinkle"

    D. in the amount of $4.00 by virtue of an account(s) in the name of "Ilene Weinkle" at the following address(es):

10070 Bay Harbor Ter.
Bay Harbor Islands, Florida 33154-1510

and Garnishee in good faith has retained the sum of **$2,738.72** in accordance with Chapter 77, and primarily Section 77.06(2) and (3), *Florida Statutes*.

  2. Under Garnishee's Account Agreement with Garnishee's customer, Garnishee has a contractual right of setoff and a security interest in its customer's accounts for Legal Process, including garnishments, and it hereby claims this right as an Affirmative Defense. Specifically, among its other rights, Garnishee is authorized to charge against its customer's account(s) a Legal Process Fee in the amount of $125.00. See *Baxter Healthcare Corp. v. Universal Medical Labs, Inc.*, 760 So. 2d 1126 (Fla. App. 5 Dist 2000). Said sum has been taken from an account(s) enumerated in paragraph 1 above, or charged to an account(s), and the amount shown in paragraph 1 reflects the sum held and available for garnishment after setoff. Garnishee's Legal Process Fee is in addition to the statutory $100.00 garnishment fee payable to Garnishee's attorney for filing this Answer (Section 77.28 *Florida Statutes*).

  3. The Garnishee has no other deposit, account or tangible or intangible personal property of Defendant(s) in its possession or control at the time of service of said Writ and at the time of this Answer, and in between said times, and knows of no other person indebted to the Defendant(s) or who may have any of the effects of the Defendant(s).

  4. Except as provided in paragraph 1 above, the Garnishee has no obligation to make, and has not made, a factual determination as to whether any property of the Defendant(s) in its possession or control is subject to any exemption provided to the Defendant(s) by State or Federal law.

59890816

5.  The Garnishee has retained the law firm of Marks Gray, P.A. to represent it in this matter and requests that it be paid its attorney's fees and costs as allowed by law.

## DEMAND FOR GARNISHMENT FEE

The Plaintiff/Plaintiff's Counsel shall pay to the undersigned Law Firm the $100.00 deposit for Garnishee's attorney's fee for issuance of the garnishment Writ in the above-style cause pursuant to Section 77.28, *Florida Statutes*, as amended effective July 1, 2014.

MARKS GRAY, P.A.

By /s/ John B. Kent
John B. Kent
Florida Bar No. 042442
P.O. Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY (1) that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the first name on the attached Service List and (2) that a copy hereof has been furnished to those address(es) listed on the attached service list by US mail on August 10, 2016.

MARKS GRAY, P.A.

By /s/ John B. Kent
John B. Kent
Florida Bar No. 042442
P.O. Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

59890816

## SERVICE LIST

J.H. Zidell, Esq., P.A.
(zabogado@aol.com)

Barney Weinkle
10070 Bay Harbor Ter.
Bay Harbor Islands, Florida 33154-1510

Ilene Weinkle
10070 Bay Harbor Ter.
Bay Harbor Islands, Florida 33154-1510

59890816