UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS AND ALL OTHERS SIMILARLY SITUATED UNDER 29 U.S.C. 216(B),

    Plaintiff,

v.

BARNEY N. WEINKLE,
ILENE M. WEINKLE,

    Defendants,

v.

WELLS FARGO BANK, N.A., Successor in Interest to Wachovia Bank, N.A.

    Garnishee.

_____/

## NOTICE OF FILING AFFIDAVIT

Garnishee, Wells Fargo Bank, N.A., hereby files the original Affidavit of Angel Crespo In Support Of Garnishee's Motion To Vacate Default And Final Judgment.

MARKS GRAY, P.A.

By /s/ John B. Kent
John B. Kent
Florida Bar No. 042442
P.O. Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY (1) that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the first name

59890816

on the attached Service List and (2) that a copy hereof has been furnished to those other address(es) listed on the attached service list by US mail on August 10th , 2016.

MARKS GRAY, P.A.

By *John B. Kent*
John B. Kent
Florida Bar No. 042442
P.O. Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

## SERVICE LIST

J.H. Zidell, Esq., P.A.
300 71st Street
# 605
Miami Beach, FL 33141
(zabogado@aol.com)

Ilene M. Weinkle
10070 Bay Harbor Terrace
Bay Harbor Islands, Florida 33154-1510

Barney N. Weinkle
10070 Bay Harbor Terrace
Bay Harbor Islands, Florida 33154-1510

59890816

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 14-62481-CIV-BLOOM/VALLE

ISABEL TARCILA CAZORLA SALINAS AND ALL OTHERS SIMILARLY SITUATED UNDER 29 U.S.C. 216(B),

    Plaintiff,

v.

BARNEY N. WEINKLE,
ILENE M. WEINKLE,

    Defendants,

v.

WELLS FARGO BANK, N.A., Successor in Interest to Wachovia Bank, N.A.

    Garnishee.

_____/

**AFFIDAVIT IN SUPPORT OF GARNISHEE'S**
**MOTION TO VACATE DEFAULT AND FINAL JUDGMENT**

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

    BEFORE ME, the undersigned authority, this day personally appeared ANGEL CRESPO (the "Affiant"), who, being by me first duly sworn, did depose and say as follows:

    1. Affiant is the Manager of the Wells Fargo Bank Store located at 9401 Harding Avenue, Surfside, Florida (the "Store"), and in such capacity is knowledgeable of the overall administration of the Store and is authorized to make this affidavit.

    2. Affiant (a) has no independent recollection of service of the Writ of Garnishment issued herein ever having been served on him and (b) confirms that the Wells Fargo's Store's on-line mail log in which all legal documents are recorded immediately upon receipt, does not reflect that the Writ of Garnishment was received on March 30, 2016.

    3. Further Affiant sayeth not.

59890816

Signed this 9th day of August, 2016.

_____
Signature of Affiant

Amanda Concepcion
Notary Public
State of Florida
My Commission Expires 01/09/2018
Commission No. FF 82131

_____
Signature of Notary Public

Amanda Concepcion
Printed Name of Notary Public

My Commission Expires: 1/9/18
(Notarial Seal)

59890816