**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  14-cv-62481-BLOOM/Valle**


ISABEL TARCILA CAZORLA SALINAS,

     Plaintiff,

v.

BARNEY N. WEINKLE, and
ILENE M. WEINKLE,

     Defendants.

_____/

## <u>ORDER ON MOTION TO COMPEL</u>

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Compel the Completion of

Fact Information Sheet 1.977, ECF No. [149].   Plaintiff moves the Court for an Order

compelling Defendants to each complete a fact information sheet in aid of execution of this

Court's Final Judgment, pursuant to Florida Rule of Civil Procedure 1.560 and 1.977.  "Florida

Rule of Civil Procedure 1.560(b) is made applicable to this proceeding by Federal Rule of Civil

Procedure 69(a)(2), which governs the discovery a judgment creditor may obtain in aid of the

judgment's execution."  *Richardson v. Virtuoso Sourcing Grp., L.L.C.*, 2016 WL 3172143, at \*1

(M.D. Fla. June 7, 2016) (citing Fed. R. Civ. P. 69(a)(2)).   Federal Rule 69(a)(2) provides that

"[i]n aid of the judgment . . . the judgment creditor . . . may obtain discovery from any person –

including the judgment debtor – as provided in these rules or by the procedure of the state where

the court is located."  Fed. R. Civ. P. 69(a)(2).   Under Fla. R. Civ. P 1.560(b):

> In addition to any other discovery available to a judgment creditor under this rule,
> the court, at the request of the judgment creditor, shall order the judgment debtor
> or debtors to complete form 1.977, including all required attachments, within 45

days of the order or such other reasonable time as determined by the court. Failure
to obey the order may be considered contempt of court.

Pursuant to this Court's Final Judgment, ECF No. [93], Plaintiff is the judgment creditor and

Defendants are the judgment debtors.  The Eleventh Circuit has dismissed or otherwise disposed

of all appellate matters in this case and, accordingly, the Court has jurisdiction to grant the

requested relief.  Therefore it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Compel the Completion of

Fact Information Sheet 1.977, **ECF No. [149]**, is **GRANTED**.  Defendants, Barney N. Weinkle

and Ilene M. Weinkle, shall complete Form 1.977 and provide said form with all supporting

documentation to Plaintiff's counsel on or before **October 10, 2016**.   Defendants must

additionally file notice of compliance with this Order by that date.  Failure to comply may result

in the Court finding Defendants, Barney N. Weinkle and Ilene M. Weinkle in contempt of Court.

**DONE AND ORDERED** in Miami, Florida this 25th day of August, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

2