CASE # 14-CV-62481-BLOOM/Valle

FILED by /AM/ D.C.
OCT 11 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

Print Form

# FACT INFORMATION SHEET – INDIVIDUAL

Full Legal Name: Barney Weinkle
Nicknames or Aliases: ___
Residence Address: 10070 Bay Harbor terr, Bay Harbor Islands FL 33154
Mailing Address (if different): ___
Telephone Numbers: (Home) 786-348-0663 (Business) NONE
Name of Employer: Weinkle Roark Construction MGT INC
Address of Employer: 1835 E Hallandale Bch Blvd #849 Hallandale FL 33009
Position or Job Description: Construction MGT
Rate of Pay: N/A per: N/A  Average Paycheck: $ N/A  Per: N/A
Average Commissions or Bonuses: $ N/A per: N/A  Commissions or bonuses are based on $2000 Per Month
Other Personal Income: $ NONE from ___
(Explain details on the back of this sheet or an additional sheet if necessary)
Social Security Number: 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  Birth date: 3-29-60
Driver's License Number: W524-074-60-109
Marital Status: Married  Spouse's Name: Ilene Weinkle
Spouse's Address (if different): ___
Spouse's Social Security Number: 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  Birth date: 10-17-67
Spouse's Employer: Keisher Day School - Northsprms
Spouse's Average Paycheck or Income: $ 4000.00 per: Month
Other Family Income: $ NONE per: X (Explain details on back of this sheet or an additional sheet if necessary.)
Names and Ages of All Your Children (and address if not living with you):
All children over 21 yrs old. Jordan Weinkle (27) Taylor Weinkle (25)
They are not party to this lawsuit   Paige Weinkle (23)
Child Support or Alimony Paid: $ NONE per ___
Names of Others You Live With: NONE

___

Who is Head of Your Household? ___ You ___ Spouse  X  Other Person
Checking Account at: NONE  Account # ___
Savings Account at: NONE  Account # ___
(Describe all other accounts or investments you may have, including stocks, mutual funds,
savings bonds, or annuities, on the back of this sheet or an additional sheet if necessary.)
For Real Estate (land) You Own or Are Buying:
Address: 10070 Bay Harbor Terrace Bay Harbor Island FL 33154
All Names on Title: Barney & Ilene Weinkle (Homestead)
Mortgage Owed to: Dan Lushan · Personal Lender.
Balance Owed: 324,900.00
Monthly Payment: $ 2854.00 + 510.00 HOA Fee.
(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of
this sheet or an additional sheet if necessary. Also provide the same information on any
other property you own or are buying.)
For All Motor Vehicles You Own or Are Buying:
Year/Make/Model: NONE  Color: ___

FACT INFORMATION SHEET INDIVIDUAL 2010.DOC

Vehicle ID#:_____ Tag No.:_____ Mileage:_____
Names on Title:_____ Present Value:_____
Loan Owed to: — *ALL CARS LEASED* —
Balance on Loan:$_____
Monthly Payment: $_____ (List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? *YES* If your answer if "yes", describe the property and sale price, and give the name and address of the person who received the property. *Misc Jewelry — Personal Jewelry — Value $3000.00, Sold to Vendor — Jewelry Exchange, Seabold Bldg*

Does anyone owe you money? *YES* Amount Owed: $ *1,592,667.40*
Name and Address of Person Owing Money: *See attached list Ft. BRT '4/*

Reason money is owed: *Personal Loans, Business Loans, Guarantees*
Please attach copies of the following:
1. Your last pay stub  *N/A / None*
2. Your last 3 statements for each bank, savings, credit union, or other financial account *N/A*
3. Your motor vehicle registrations and titles  *None Owned*
4. Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting. — *Family Homestead Home. Not in possession of any deeds or titles*

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_____
*Barney Weinkle*  Judgment Debtor

STATE OF FLORIDA
COUNTY OF **DADE**

The foregoing instrument was acknowledged before me this *10* day of *October*, 20*16* by *Barney Neil Weinkle* who is personally known to me or who produced *FL driver's license W524-074-60-104-0*, as identification and who ____ did/did ____ not take an oath.

WITNESS my hand and official seal, on *October 10, 2016*.

CARMEN T SANCHEZ
Notary Public - State of Florida
My Comm. Expires Apr 9, 2018
Commission # FF 111523
Notary Public, State of Florida

My Commission expires: *Apr 9, 2018*

MAIL OR DELIVER THE COMPLETED FORM TO THE JUDGMENT CREDITOR OR THE JUDGMENT CREDITOR'S ATTORNEY.

FACT INFORMATION SHEET INDIVIDUAL 2010.DOC

Barney & Ilene Weinkle Creditors

| Creditor | Address | Account Number | Amount |
|---|---|---|---|
| Chase credit card | P.O. Box 15298 Wilmington, DE 19850 | personal credit card | $ 23,566.54 |
| Banco popular | 11 West 51 st New york, NY 10019 | loan/checking /charge off | Pending |
| BMW Financial Services/ First source | 205 Bryant woods South, Amherst NY 14228 | multiple car leases | $ 9,454.17 |
| BMW Financial Services | P.O. Box 78103 Phoenix, AZ 85062-8103 | multiple car leases | Pending |
| BMW Financial Services/ First source | 205 Bryant woods South, Amherst NY 14228 | multiple car leases | $ 7,291.94 |
| BMW Financial Services | P.O. Box 78103 Phoenix, AZ 85062-8103 | multiple car leases | Pending |
| BMW Financial Services/ First source | 205 Bryant woods South, Amherst NY 14228 | multiple car leases | $ 24,861.30 |
| BMW Financial Services | P.O. Box 78103 Phoenix, AZ 85062-8103 | multiple car leases | Pending |
| US Bank | P.O. Box 790084 Saint Louis, MO 63179 | Boat Loan | $ 21,251.64 |
| US Bank/Northland Group | P.O. Box 390846 Minneapolis, MN 55439 | Boat Loan | Pending |
| GGP Tucon mall LLC | 110 North Wacker Drive, Chicage IL 60606 | pima county c20122039 | $ 40,747.99 |
| Amerasia Bank/Great eastern | 4601 nw 72 ave miami florida 33166 | 12-32288 ca 22 | $ 120,000.00 |
| Vend Lease | 8100 Sandpiper CIR STE 3 Baltimore, MD 21236 | personal Guarantee | $ 25,000.00 |
| BB & T Bank | 200 w 2nd street Winston Salem NC 27101 | personal Guarantee | $ 400,000.00 |
| American Express | 1801 66th Ave 103A Plantation FL 33313 | Ilenes Credit card, I used | Pending |
| Comcast | One Comcast CTR 1701 JFK BLVD Philadelphia PA 19103 | TV Equipment | $ 1,100.00 |
| land Rover Financial | 25 braintree hill park S braintree MA 02184 | Care Lease | Pending |
| Home Depot | 2727 Paces Ferry Road, Atlanta Georgia 30339-4089 | Credit Card | $ 100.00 |
| Isabel Cazorla Salinas | C/O JH Zidell 300 71st street # 605 Miami Beach FL 33141 | 14-cv-62481-Bloom/Valle | $ 53,234.50 |
| William Aguirre | Saenz & Anderson 20900 ne 30th ave aventura FL 33180 | Employee lawsuit | $ 2,500.00 |
| Villa Pizza LLC | 25 Washington Street Morrristown, NJ 07960 | MRS -L-2513-12 | $ 739,054.29 |
| Nelnet | P.O. Box 740283, atlanta GA 30374 | Student Loan | $ 108,933.78 |
| CBNA | 200 Creekside Drive Dickson, TN 37055 | Don't know | Pending |
| US Finanical Services | 215990 w eleven mile rd southfield, MI 48076 | personal Guarantee | Pending |
| AFNI Inc | P.O. Box 3097, Bloomington, IL 61702 | Collection Agency | $ 65.00 |
| Capio Partners | 2222 Texoma pkwy ste 150 Sherman, TX 75090 | Collection Agency | $ 4,331.00 |
| FBCS | 330 S warminister rd ste, Hatboro, PA 19040 | Collection Agency | Pending |
| Franklin Collections | 2978 w jackson st Tupelo, MS 38801 | Collection Agency | $ 89.99 |
| Phoenix Financial Services | 8902 Otis Ave ste 103A Indianapolis, IN 46216 | Collection Agency | $ 419.00 |
| Brian Stone | 3103 ne 210th terrace aventura florida 33180 | Personal Loan | $ 2,500.00 |
| Smoler lerman PA | 2611 Hollywood Blvd Hollywood Florida 33020 | Legal | $ 2,500.00 |
| Whitebook Lerman PA | 2611 Hollywood Blvd Hollywood Florida 33020 | Legal | $ 2,500.00 |
| American Pie Pizzeria | 1835 e hallandale bch blvd # 849 hallandale fl 33009 | business owned | Pending |
| First Point collections for bbt | 225 Commerce Pl, P.O. Box 26140 Greensboro, NC 27402 | REF # 55736959 | $ 3,166.26 |
| Cigna | 900 cottage grove rd bloomfield ct 06002 | Medical insurance | Pending |
| University of Miami Hospital | 1400 nw 12 ave miami fl 33136 | Medical | Pending |
| Mt Siani Medical Center | 4300 alton road miami beach fl 33140 | Medical | Pending |
| Prime Card | 21 S.E. 1st Street 3rd FL Miami, FL 33131 | Credit card Advance | Pending |
| Nextwave Funding | 5757 Blue Lagoon Dr # 170 Miami FL 33125 | Credit card Advance | Pending |
| enterpries leasing | 600 corporate park road st louis MO 63105 | car Leasing | Pending |
| The Weinkle Group | no forwarding address | management company | Pending |

$1,592,667.40

# FACT INFORMATION SHEET – INDIVIDUAL

Full Legal Name: ILENE WEINKLE
Nicknames or Aliases: _____
Residence Address: 10070 BAY HARBOR TERRACE BAY HARBOR ISLAND FL 33154
Mailing Address (if different): _____
Telephone Numbers: (Home) 786-348-0663 (Business) _____
Name of Employer: KESHER DAY SCHOOL — NORDSTROMS DEPT STORE
Address of Employer: 18900 NE 25th AVE MIAMI FL 33180
Position or Job Description: DIRECTOR OF DEVELOPMENT — NORDSTROMS SALES PERSON
Rate of Pay: 4,000 per: MONTH Average Paycheck: $_____ Per: _____
Average Commissions or Bonuses: $ N/A per: N/A Commissions or bonuses
are based on — NORDSTROMS AVG 800.00 PER MONTH
Other Personal Income: $ NONE from _____
(Explain details on the back of this sheet or an additional sheet if necessary)
Social Security Number: 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 Birth date: 10-17-67
Driver's License Number: _____
Marital Status: MARRIED Spouse's Name: BARNEY WEINKLE
Spouse's Address (if different): _____
Spouse's Social Security Number: 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 Birth date: 03-29-60
Spouse's Employer: DON'T KNOW
Spouse's Average Paycheck or Income: $ Don't know per: _____
Other Family Income: $ NONE per: _____ (Explain details on back of this sheet or an additional sheet if necessary.)
Names and Ages of All Your Children (and address if not living with you):
JORDAN WEINKLE — MIAMI FL   TAYLOR WEINKLE — MIAMI FL
DAILE WEINKLE — BROOKLYN NY.
Child Support or Alimony Paid: $ NONE per _____
Names of Others You Live With: NONE
_____
Who is Head of Your Household? __X__ You ____ Spouse ____ Other Person
Checking Account at: NONE / Account # _____
Savings Account at: NONE Account # _____
(Describe all other accounts or investments you may have, including stocks, mutual funds,
  savings bonds, or annuities, on the back of this sheet or an additional sheet if necessary.)
  For Real Estate (land) You Own or Are Buying:
Address: 10070 BAY HARBOR TERRACE BAY HARBOR FL 33154
All Names on Title: BARNEY & ILENE WEINKLE  HOMESTEAD PROPERTY.
Mortgage Owed to: DANIEL USHAN —
Balance Owed: 324,900
Monthly Payment: $ 2854.00 + HOA 510.00
(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of
  this sheet or an additional sheet if necessary. Also provide the same information on any
    other property you own or are buying.)
For All Motor Vehicles You Own or Are Buying:
Year/Make/Model: NONE Color: _____

FACT INFORMATION SHEET INDIVIDUAL 2010.DOC

Vehicle ID#:_____ Tag No.:_____ Mileage:_____
Names on Title:_____ Present Value:_____
Loan Owed to:_____NONE_____
Balance on Loan:$_____
Monthly Payment: $_____(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? _NO_ If your answer if "yes", describe the property and sale price, and give the name and address of the person who received the property. _____
_____
Does anyone owe you money? _YES_ Amount Owed: $___1,592,667.40 + PENDING___
Name and Address of Person Owing Money: ___SEE ATTACHED LIST. EXHIBIT #1___

Reason money is owed: _Personal Loan, Business loans, Personal Guarentees_
Please attach copies of the following:
1. Your last pay stub
2. Your last 3 statements for each bank, savings, credit union, or other financial account
3. Your motor vehicle registrations and titles
4. Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

_Ilene Weinkle_                                          _____
                                                                    Judgment Debtor

STATE OF FLORIDA
COUNTY OF **DADE**

The foregoing instrument was acknowledged before me this _10_ day of _October_, 2016 by _Ilene Marsha Weinkle_ who is personally known to me or who produced _FL driver's license W524-413-62-877-0_, as identification and who ____did/did ____not take an oath.

WITNESS my hand and official seal, on _October 10_, 2016_.

```
CARMEN T SANCHEZ
Notary Public - State of Florida
My Comm. Expires Apr 9, 2018
Commission # FF 111523
```

Notary Public, State of Florida
_Carmen Sanchez_

My Commission expires: _Apr 9, 2018_.

MAIL OR DELIVER THE COMPLETED FORM TO THE JUDGMENT CREDITOR OR THE JUDGMENT CREDITOR'S ATTORNEY.

FACT INFORMATION SHEET INDIVIDUAL 2010.DOC

Barney & Ilene Weinkle Creditors

| Creditor | Address | Account Number | Amount |
|---|---|---|---|
| Chase credit card | P.O. Box 15298 Wilmington, DE 19850 | personal credit card | $ 23,566.54 |
| Banco popular | 11 West 51 st New york, NY 10019 | loan/checking /charge off | Pending |
| BMW Financial Services/ First source | 205 Bryant woods South, Amherst NY 14228 | multiple car leases | $ 9,454.17 |
| BMW Financial Services | P.O. Box 78103 Phoenix, AZ 85062-8103 | multiple car leases | Pending |
| BMW Financial Services/ First source | 205 Bryant woods South, Amherst NY 14228 | multiple car leases | $ 7,291.94 |
| BMW Financial Services | P.O. Box 78103 Phoenix, AZ 85062-8103 | multiple car leases | Pending |
| BMW Financial Services/ First source | 205 Bryant woods South, Amherst NY 14228 | multiple car leases | $ 24,861.30 |
| BMW Financial Services | P.O. Box 78103 Phoenix, AZ 85062-8103 | multiple car leases | Pending |
| US Bank | P.O. Box 790084 Saint Louis, MO 63179 | Boat Loan | $ 21,251.64 |
| US Bank/Northland Group | P.O. Box 390846 Minneapolis, MN 55439 | Boat Loan | Pending |
| GGP Tucon mall LLC | 110 North Wacker Drive, Chicage IL 60606 | pima county c20122039 | $ 40,747.99 |
| Amerasia Bank/Great eastern | 4601 nw 72 ave miami florida 33166 | 12-32288 ca 22 | $ 120,000.00 |
| Vend Lease | 8100 Sandpiper CIR STE 3 Baltimore, MD 21236 | personal Guarantee | $ 25,000.00 |
| BB & T Bank | 200 w 2nd street Winston Salem NC 27101 | personal Guarantee | $ 400,000.00 |
| American Express | 1801 66th Ave 103A Plantation FL 33313 | Ilenes Credit card, I used | Pending |
| Comcast | One Comcast CTR 1701 JFK BLVD Philadelphia PA 19103 | TV Equipment | $ 1,100.00 |
| land Rover Financial | 25 braintree hill park S braintree MA 02184 | Care Lease | Pending |
| Home Depot | 2727 Paces Ferry Road, Atlanta Georgia 30339-4089 | Credit Card | $ 100.00 |
| Isabel Cazorla Salinas | C/O JH Zidell 300 71st street # 605 Miami Beach FL 33141 | 14-cv-62481-Bloom/Valle | $ 53,234.50 |
| William Aguirre | Saenz & Anderson 20900 ne 30th ave aventura FL 33180 | Employee lawsuit | $ 2,500.00 |
| Villa Pizza LLC | 25 Washington Street Morrristown, NJ 07960 | MRS -L-2513-12 | $ 739,054.29 |
| Nelnet | P.O. Box 740283, atlanta GA 30374 | Student Loan | $ 108,933.78 |
| CBNA | 200 Creekside Drive Dickson, TN 37055 | Don't know | Pending |
| US Finanical Services | 215990 w eleven mile rd southfield, MI 48076 | personal Guarantee | Pending |
| AFNI Inc | P.O. Box 3097, Bloomington, IL 61702 | Collection Agency | $ 65.00 |
| Capio Partners | 2222 Texoma pkwy ste 150 Sherman, TX 75090 | Collection Agency | $ 4,331.00 |
| FBCS | 330 S warminister rd ste, Hatboro, PA 19040 | Collection Agency | Pending |
| Franklin Collections | 2978 w jackson st Tupelo, MS 38801 | Collection Agency | $ 89.99 |
| Phoenix Financial Services | 8902 Otis Ave ste 103A Indianapolis, IN 46216 | Collection Agency | $ 419.00 |
| Brian Stone | 3103 ne 210th terrace aventura florida 33180 | Personal Loan | $ 2,500.00 |
| Smoler lerman PA | 2611 Hollywood Blvd Hollywood Florida 33020 | Legal | $ 2,500.00 |
| Whitebook Lerman PA | 2611 Hollywood Blvd Hollywood Florida 33020 | Legal | $ 2,500.00 |
| American Pie Pizzeria | 1835 e hallandale bch blvd # 849 hallandale fl 33009 | business owned | Pending |
| First Point collections for bbt | 225 Commerce Pl, P.O. Box 26140 Greensboro, NC 27402 | REF # 55736959 | $ 3,166.26 |
| Cigna | 900 cottage grove rd bloomfield ct 06002 | Medical insurance | Pending |
| University of Miami Hospital | 1400 nw 12 ave miami fl 33136 | Medical | Pending |
| Mt Siani Medical Center | 4300 alton road miami beach fl 33140 | Medical | Pending |
| Prime Card | 21 S.E. 1st Street 3rd FL Miami, FL 33131 | Credit card Advance | Pending |
| Nextwave Funding | 5757 Blue Lagoon Dr # 170 Miami FL 33125 | Credit card Advance | Pending |
| enterpries leasing | 600 corporate park road st louis MO 63105 | car Leasing | Pending |
| The Weinkle Group | no forwarding address | management company | Pending |

$1,592,667.40

Case 0:14-cv-62481-BBB Document #: 150 Entered on FLSD Docket 10/12/2016 Page 7 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-62481-BLOOM/Valle

ISABEL TARCILA CAZORLA SALINAS,

    Plaintiff,

v.

BARNEY N. WEINKLE, and
ILENE M. WEINKLE,

    Defendants.

_____/

## ORDER ON MOTION TO COMPEL

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Compel the Completion of Fact Information Sheet 1.977, ECF No. [149]. Plaintiff moves the Court for an Order compelling Defendants to each complete a fact information sheet in aid of execution of this Court's Final Judgment, pursuant to Florida Rule of Civil Procedure 1.560 and 1.977. "Florida Rule of Civil Procedure 1.560(b) is made applicable to this proceeding by Federal Rule of Civil Procedure 69(a)(2), which governs the discovery a judgment creditor may obtain in aid of the judgment's execution." *Richardson v. Virtuoso Sourcing Grp., L.L.C.*, 2016 WL 3172143, at *1 (M.D. Fla. June 7, 2016) (citing Fed. R. Civ. P. 69(a)(2)). Federal Rule 69(a)(2) provides that "[i]n aid of the judgment . . . the judgment creditor . . . may obtain discovery from any person – including the judgment debtor – as provided in these rules or by the procedure of the state where the court is located." Fed. R. Civ. P. 69(a)(2). Under Fla. R. Civ. P 1.560(b):

> In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45

Case: 0:14-cv-62481-BB Document #: 150 Entered on FLSD Docket: 08/26/2016 Page 2 of 2
Case 0:14-cv-62481-BB Document 154 Entered on FLSD Docket 10/12/2016 Page 8 of 8

Case No. 14-cv-62481-BLOOM/Valle

days of the order or such other reasonable time as determined by the court. Failure to obey the order may be considered contempt of court.

Pursuant to this Court's Final Judgment, ECF No. [93], Plaintiff is the judgment creditor and Defendants are the judgment debtors. The Eleventh Circuit has dismissed or otherwise disposed of all appellate matters in this case and, accordingly, the Court has jurisdiction to grant the requested relief. Therefore it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Compel the Completion of Fact Information Sheet 1.977, **ECF No. [149]**, is **GRANTED**. Defendants, Barney N. Weinkle and Ilene M. Weinkle, shall complete Form 1.977 and provide said form with all supporting documentation to Plaintiff's counsel on or before **October 10, 2016**. Defendants must additionally file notice of compliance with this Order by that date. Failure to comply may result in the Court finding Defendants, Barney N. Weinkle and Ilene M. Weinkle in contempt of Court.

**DONE AND ORDERED** in Miami, Florida this 25th day of August, 2016.

BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record